FILED
KENNETH J. MURPHY
CLERK

03 OCT 24 PM 2: 54

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | | |
|---|---|---|
| Mildred W. Finch, et. al. | : | Case No. C-1-02-132 |
| Plaintiffs | : | |
| Vs | : | (Judge Beckwith) |
| George Fiorini, DBA the Fiorini Agency | : | |
| And | : | |
| Steven Ventre | : | |
| And | : | MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT QUATKEMEYER (QUINN) |
| Guardian Invesments LLC. | : | |
| And | : | |
| Terrance Lee Quatkemeyer Aka Terry Quinn | : | |
| And | : | |
| Sanitec Ltd. | | |

Plaintiffs hereby move for judgement in their favor and in favor of the Plainiff Class by default, against the Defendant Terrance Lee Quatkemeyer / aka Terry Quinn. in accordance with the Second Amended Complaint herein.

MEMORANDUM

The Second Amended Complaint (Document 55) was filed herein by leave of Court on March 20, 2003. Service was obtained upon the Defendant Terrance Lee Quatkemeyer aka Terry Quinn, by certified mail in accordance with the Ohio Rules of

Civil Procedure on March 24, 2003 at the address listed in the caption of the Second Amended Complaint. The Defendant Quatkemeyer/Quinn has never entered an appearance in this action or responded in any way to the Second Amended Complaint. The principal relief demanded by the plaintiffs and the Plaintiff Class against the said defendant is stated in the prayer of the Second Amended Complaint as "the imposition of a constructive trust upon the stock and assets of Sanitec Ltd.;" "the imposition of a constructive trust on any money or property in the hands of the defedants, possession of which is derived from funds obtained from Plaintiff Class by the defendants." Since the Defendant Quatkemeyer/Quinn is now in default, plaintiffs are entitled to have the Court order the imposition of a constructive trust upon any money or property in the hands of the said defendant, possession of which is derived from the funds obtained from the Plaintiff Class by the defendants.

Respectfully submitted,

William B. Singer (0019323)
Trial Attorney for Plaintiffs
One Lytle Place
621 E. Mehring Way #1609
Cincinnati, Ohio      45202
Phone/Fax (513) 721-0778

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing memorandum was served by ordinary mail upon Patrick J. Hanley, Esq., trial Attorney for Defendants Steven Ventre and Guardian Investments LLC, 214 E. 4th Street, Covington, Ky 41011, George Fiorini, 7641 Wesselman Road, Cleves, Ohio 45001, and John R. Climaco Esq., attorney of record for Sanitec Ltd., Climaco, Lefkowitz, Peca, Wilcox & Garofoli, Co. LPA The Halle Building 1228 Euclid Avenue Suite 900, Cleveland, Ohio 44102 on the 22 day of October September, 2003