# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **MILDRED W. FINCH, et al.,** | ) | CASE NO. 1:02 CV 132 |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | JUDGE SANDRA S. BECKWITH |
| | ) | |
| **GEORGE FIORINI, DBA FIORINI AGENCY, et al.,** | ) ) | |
| | ) | NOTICE OF ENTRY OF |
| **Defendants.** | ) | APPEARANCE AS COUNSEL |

Richard J. Oparil and Patton Boggs LLP and Dan L. Makee and McDonald Hopkins, Co., LPA, hereby enter their appearance as counsel of record in this case for Defendant Sanitec, Ltd CA. Mr. Oparil's Motion For Permission To Appear <u>Pro Hac Vice</u> in this case is forthcoming.

Respectfully submitted,

    /s/    Dan L. Makee
DAN L. MAKEE (0029602)
McDonald Hopkins Co., LPA
2100 Bank One Center
600 Superior Avenue, East
Cleveland, Ohio 44114-2653
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
E-Mail:    dmakee@mcdonaldhopkins.com

An Attorney for Defendant Sanitec, Ltd. CA

OF COUNSEL:

RICHARD J. OPARIL (D.C. Bar No. 409723)
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC 20037-1350
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
E-Mail:    roparil@pattonboggs.com

{449353:}

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **Notice Of Entry Of Appearance As Counsel** was filed electronically with this Court on this 14th day of November, 2003 and that all parties will be served via the Court's electronic filing system.

/s/ Dan L. Makee
DAN L. MAKEE (0020602)
McDonald Hopkins Co., LPA
2100 Bank One Center
600 Superior Ave., East
Cleveland, Ohio 44114
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
Email: dmakee@mcdonaldhopkins.com

An Attorney for Defendant Sanitec, Ltd. CA