IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **MILDRED W. FINCH, et al.,** | ) | **CASE NO. 1:02 CV 132** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **JUDGE SANDRA S. BECKWITH** |
| vs. | ) | |
| | ) | |
| **GEORGE FIORINI, DBA FIORINI** | ) | |
| **AGENCY, et al.,** | ) | **REQUEST FOR CONTINUANCE** |
| | ) | **OF NOVEMBER 18, 2003 STATUS** |
| Defendants. | ) | **CONFERENCE** |

Defendant, Sanitec, Ltd. CA ("Limited"), hereby requests a continuance of the status conference scheduled for November 18, 2003 at 9:00 a.m. The grounds for this request are as follows:

1. Limited and other parties in this and other related cases have been working diligently and in good faith to settle various disputes. In fact, Limited, A.B.B. Sanitec West, Inc., Sanitec Industries, Inc., Sanitec Group, LLC, Guardian Investments, LLC, Steven Ventre, and numerous investor-plaintiffs, among others, are in the final stages of preparing and signing a Settlement Agreement. That agreement may not be finalized by the November 18th conference.

2. New counsel, Patton Boggs LLP and McDonald Hopkins Co., LPA, were only recently retained for Limited, as well as A.B.B. Sanitec West, Inc. and Sanitec Industries, Inc., among others. While Patton Boggs LLP has been involved in recent days in settlement discussions and drafting of the settlement documents, it has not yet received copies of the pleadings and other documents maintained by counsel it is succeeding for this (or any other) case. A brief continuance of the November 18th conference would allow new counsel to become

{449410:}

- 2 -

more conversant with the issues and parties and would also provide time for the settling parties to complete their agreement and reduce the burden on this Court.

    3.    Limited therefore respectfully requests a brief continuance to a date and time to be set by the Court at its earliest convenience.

                                         Respectfully submitted,

                                         /s/     Dan L. Makee
                                       DAN L. MAKEE (0029602)
                                       McDonald Hopkins Co., LPA
                                       2100 Bank One Center
                                       600 Superior Avenue, East
                                       Cleveland, Ohio 44114-2653
                                       Telephone:  (216) 348-5400
                                       Facsimile:  (216) 348-5474
                                       E-Mail:     dmakee@mcdonaldhopkins.com

                                       An Attorney for Defendant Sanitec, Ltd. CA

OF COUNSEL:

RICHARD J. OPARIL (D.C. Bar No. 409723)
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC 20037-1350
Telephone:  (202) 457-6000
Facsimile:  (202) 457-6315
E-Mail:     roparil@pattonboggs.com

- 3 -

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing **Request For Continuance Of November 18, 2003 Status Conference** was filed electronically with this Court on this 14th day of November, 2003 and that all parties will be served via the Court's electronic filing system.

/s/ Dan L. Makee
DAN L. MAKEE (0020602)
McDonald Hopkins Co., LPA
2100 Bank One Center
600 Superior Ave., E.
Cleveland, Ohio  44114
(216) 348-5400
(216) 348-5474 (Fax)
Email: dmakee@mcdonaldhopkins.com

An Attorney for Defendant Sanitec, Ltd. CA