FILED
KENNETH J. MURPHY
CLERK

03 NOV 17 AM 11: 25

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

FINCH, et al.,
**Plaintiff**

v.

FIORINI, et al.
**Defendant**

CASE NO.: 02 cv 132-SSB-TSH

Appearing on behalf of: Defendant Sanitec Ltd.

(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, Richard J. Oparil, hereby requests permission to appear pro hac vice in the subject case filed in the Western Division of the United States District Court for the Southern District of Ohio. *Petitioner* states under penalty of perjury that (he/she) is a member in good standing of the Bar of the highest Court of the ~~State of~~ District of Columbia and that a current Certificate of Good Standing this Court is provided. *Petitioner* states further that (he/she) is not eligible for admission under Local Rule 83.4(b). *Petitioner* designates McDonald Hopkins Co., LPA as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

This 13th day of November, 20 03.

*(Signature of Petitioner)*

(202) 457-6000      Patton Boggs LLP
**Business Telephone**     **Law Firm**

2550 M Street, NW
**Business Address**

Washington, DC 20037
**City, State, Zip**

(202) 457-6315
**Fax Number**

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, Dan L. Makee, Esq., designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

-2-

This __14th__ day of __November__, 20 __03__.

__0029602__      _/s/ On L. Maher_
**Ohio Bar Number**      **Signature of Local Counsel**

__(216) 348-5400__      McDonald Hopkins Co., LPA
**Business Telephone**      **(Law Firm)**

2100 Bank One Center, 600 Superior Avenue, E.
**(Business Address)**

Cleveland, Ohio 44114-2653
**(City, State, Zip)**

Same
**(Mailing Address)**

## CERTIFICATE OF SERVICE

The above having been mailed to all opposing counsel ~~for plaintiff/defendant~~ this date __November 14, 2003__.

_/s/ On L. Maher_
**Signed by Local Counsel**