Mon Nov 17 11:09:54 2003

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 420909
Cashier       kjl

Tender Type  CHECK

Check Number: 142259

Transaction Type   C

Case No./Def No. 1:03-L3-ATTY / 1

DO Code    Div No    Acct
 4661        1       6855XX

Amount            $    50.00

McDONALD HOPKINS CO, LPA

PRO HAC VICE C-1-02-132


Mon Nov 17 11:09:54 2003

Check No. 142259
Amount $   50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661