IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MILDRED W. FINCH, et al., | ) | CASE NO. 1:02-cv-00132-SSB-TSH |
| Plaintiffs, | ) | JUDGE SANDRA S. BECKWITH |
| vs. | ) | **NOTICE BY "SANITEC, LTD."** |
| GEORGE FIORINI, dba FIORINI AGENCY, et al., | ) | |
| Defendants. | ) | |

Steven J. Miller and Kimberly Y. Smith of Goodman Weiss Miller LLP hereby make this special limited filing on behalf of Sanitec, Ltd., a Delaware corporation with its principal place of business in North Salem, New York, to provide this Court and all counsel with this courtesy notice that "Sanitec, Ltd." is not the company identified as "Sanitec, Ltd CA" that presents itself as having just retained Richard Oparil of Patton Boggs LLP and Dan Makee of McDonald Hopkins, Co., LPA as its new counsel of record in this case.

Sanitec, Ltd. notes that a review of the docket in this case reveals that:

1.  "Sanitec, Ltd." is listed as a terminated party, and "Sanitec, Ltd. CA" is listed as an active party in this case.

2.  A company identified as "Sanitec, Ltd." was named as an additional defendant in a pleading referred to as the "Second Amended Complaint" filed June 3, 2002 [docket # 10], but there is no record of service of process ever having been attempted or effectuated on that company.

3.     On August 8, 2002, this Court granted a motion to strike that Second Amended Complaint and ordered that pleading stricken [docket # 33].

4.     A company identified as "Sanitec, Ltd. CA" was named as an additional defendant in a pleading referred to as the "Second Amended Complaint" filed March 20, 2003 [docket # 55].

5.     Numerous filings have been made on behalf of "Sanitec, Ltd. CA" and various entries and orders have been made referring to "Sanitec, Ltd. CA" [docket # 61, 63, 64, 66, 67, 68, 74, 75, 77, 78, and 79].

6.     The current filings by new counsel also were made on behalf of "Sanitec, Ltd. CA," not on behalf of "Sanitec, Ltd." [docket # 77, 78, and 79].

7.     Notwithstanding the fact that "Sanitec, Ltd." appears not to have been named in the operative pleading or served in this case, one docket entry carries its name without reference to the "CA"[docket # 64]; and some filings available electronically refer to "Sanitec, Ltd." rather than to "Sanitec, Ltd. CA" independent of what the docket entry for those filings states [see filing identified as docket # 74].

Further, "Sanitec, Ltd." apprises this Court that it does not know and has not communicated with "Sanitec, Ltd. CA"; and that it does not know and has not communicated with or retained attorneys Oparil or Makee.

For these reasons, "Sanitec, Ltd." respectfully requests and urges that all filings and entries in this case carefully and fully identify each party, especially "Sanitec, Ltd. CA," and

that this Court and all counsel and parties understand that attorneys Oparil and Makee do not represent it.

                                                           Respectfully submitted,

                                                           /s/ Steven J. Miller
                                                           STEVEN J. MILLER (0014293)
OF COUNSEL:                          KIMBERLY Y. SMITH (0066849)
                                                         100 Erieview Plaza, 27th Floor
GOODMAN WEISS MILLER LLP       Cleveland, OH  44114-1882
                                                         Tel. (216) 696-3366 • Fax (216) 363-5835
                                                         miller@goodmanweissmiller.com
                                                         smith@goodmanweissmiller.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2003, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven J. Miller
STEVEN J. MILLER