# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Mildred W. Finch, et al.,
     Plaintiffs

v.                                                  Case No.  C-1-02-132

George Fiorini, et al.,
     Defendants

---

### ORDER

---

This matter is before the Court on Defendant Sanitec, Ltd.'s Motion for Admission of attorney Richard J. Oparil (Doc. 79).

**IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorney Richard J. Oparil is hereby admitted to practice pro hac vice as co-counsel on behalf of the Defendant Sanitec, Ltd.

November 19, 2003                     s/Sandra S. Beckwith
Date                                              Sandra S. Beckwith
                                                    United States District Judge