**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Mildred W. Finch, et al.,
    Plaintiffs

v.　　　　　　　　　　　　　　　　Case No.  C-1-02-132

George Fiorini, et al.,
    Defendants

**ENTRY OF DEFAULT**

      It appearing that the Defendant, Terrance Lee Quatkemeyer, is in default having failed to plead or otherwise defend this cause;

      Therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, default is entered against Defendant Terrance Lee Quatkemeyer.

| | |
|---|---|
| November 25, 2003 | s/Mary C. Brown |
| Date | Mary C. Brown |
| | Deputy Clerk |