```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

Mildred W. Finch, et al.,        )
                                 )
            Plaintiffs,          )   Case No. C-1-02-132
                                 )
     vs.                         )
                                 )
George Fiorini, et al.,          )
                                 )
            Defendants.          )

<u>Scheduling Order</u>

At a December 2, 2003, conference with counsel in this matter, the Court established the following schedule:

(1) Defendant Sanitec, Ltd., may file an answer on or before December 16, 2003;

(2) The parties must complete all fact discovery on or before April 2, 2004;

(3) Plaintiffs must identify expert witnesses, if any, and disclose their reports on or before May 3, 2004;

(4) Defendants must identify expert witnesses, if any, and disclose their reports on or before June 4, 2004;

(5) Plaintiffs may disclose amended or supplemental reports of experts on or before June 18, 2004, in response to the reports disclosed by Defendants;

(6) The parties may file dispositive motions on or before July 19, 2004;

(7) The Court will conduct a final pretrial conference in this action on Friday, November 19, 2004, at 1:30 p.m.; and

(8) The trial of this matter will commence on Monday, December 6, 2004, at 1:30 p.m.

**IT IS SO ORDERED.**

                                                                                   /s/
                                       Sandra S. Beckwith
                                       United States District Judge