# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **MILDRED W. FINCH, et al.,** | ) | **CASE NO. 1:02 CV 132** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **JUDGE SANDRA S. BECKWITH** |
| | ) | |
| **GEORGE FIORINI, DBA FIORINI** | ) | |
| **AGENCY, et al.,** | ) | **MOTION OF DEFENDANT** |
| | ) | **SANITEC, LTD. TO DISMISS** |
| **Defendants.** | ) | **PLAINTIFF'S SECOND** |
| | ) | **AMENDED COMPLAINT** |

Defendant, Sanitec, Ltd. ("Limited"), moves to dismiss the Second Amended Complaint of Plaintiff, Mildred W. Finch ("Finch"). Finch's third version of the Complaint in this action utterly fails to state a claim against Limited upon which relief can be granted. Finch's Second Amended Complaint also violates Fed. R. Civ. P. 9(b) by not pleading her securities fraud and civil RICO claims with particularity. Accordingly, Finch's Complaint should be dismissed. Further, inasmuch as Finch has filed an original and two amended Complaints, the dismissal should be with prejudice. Further reasons in

support of this Motion are set forth in the attached Memorandum in Support of Motion of

Defendant Sanitec, Ltd. to Dismiss Plaintiff's Second Amended Complaint.

Respectfully submitted,

/s/  Dan L. Makee
DAN L. MAKEE (0029602)
Trial Attorney
McDonald Hopkins Co., LPA
2100 Bank One Center
600 Superior Avenue, East
Cleveland, Ohio 44114-2653
Telephone:  (216) 348-5400
Facsimile:  (216) 348-5474
E-Mail:        dmakee@mcdonaldhopkins.com

OF COUNSEL:

/s/  Richard J. Oparil
RICHARD J. OPARIL (D.C. Bar No. 409723)
Admitted Pro Hac Vice (11/19/03)
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC 20037-1350
Telephone:  (202) 457-6000
Facsimile:  (202) 457-6315
E-Mail:        roparil@pattonboggs.com

Attorneys for Defendant Sanitec, Ltd.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Motion of Defendant Sanitec, Ltd. to Dismiss Plaintiff's Second Amended Complaint was filed electronically with this Court on this 12th day of December, 2003 and that all parties will be served via the Court's electronic filing system.

/s/ Dan L. Makee
DAN L. MAKEE (0020602)
McDonald Hopkins Co., LPA

An Attorney for Defendant Sanitec, Ltd.