# EXHIBIT 1

Case 1:02-cv-00132-SSB-TSH    Document 94-2    Filed 01/07/2004    Page 1 of 9

4/12/02                      04-30-2002

Form PTO-1595         RE    ▮▮▮▮▮▮▮▮▮▮▮▮▮         U.S. DEPARTMENT OF COMMERCE
(Rev. 03/01)                                      U.S. Patent and Trademark Office
OMB No. 0651-0027 (exp. 5/31/2002)    102072235
Tab settings ⇨ ⇨ ⇨   ▼    ▼    ▼    ▼    ▼    ▼    ▼

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

| 1. Name of conveying party(ies): | 2. Name and address of receiving party(ies) |
|---|---|
| Sanitec, LTD | Name: Sanitec Group, LLC |
| | Internal Address: |
| Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No | |
| 3. Nature of conveyance: | |
| ☒ Assignment   ☐ Merger | |
| ☐ Security Agreement   ☐ Change of Name | Street Address: 23 Fairfield Place |
| ☐ Other_____ | |
| | City: West Caldwell  State: NJ  Zip: 07006 |
| Execution Date: February 22, 2002 | Additional name(s) & address(es) attached? ☐ Yes ☒ No |

4. Application number(s) or patent number(s):
   If this document is being filed together with a new application, the execution date of the application is:_____

| A. Patent Application No.(s) | B. Patent No.(s) |
|---|---|
| PCT/US91/05735 | 5,270,000 |
| PCT/US91/02451 | |
| 08/276,871 | |
| 07/937,829 | |
| Additional numbers attached? ☐ Yes ☒ No | |

| 5. Name and address of party to whom correspondence concerning document should be mailed: | 6. Total number of applications and patents involved: 5 |
|---|---|
| Name: Barbara L. Sager | 7. Total fee (37 CFR 3.41)...........$ 40.00 |
| Internal Address: | ☒ Enclosed |
| | ☒ Authorized to be charged to deposit account |
| Coolidge, Wall, Womsley & Lombard | 8. Deposit account number: |
| Street Address: 33 West First Street | 500353 |
| | A Patent Lawyer Corp., R. William Graham |
| City: Dayton  State: OH  Zip: 45402 | (Attach duplicate copy of this page if paying by deposit account) |

DO NOT USE THIS SPACE

9. Statement and signature.
   To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

   R. William Graham                    _____          4/12/02
   Name of Person Signing                  Signature              Date

   Total number of pages including cover sheet, attachments, and documents: ☐

Mail documents to be recorded with required cover sheet information to:
Commissioner of Patents & Trademarks, Box Assignments
Washington, D.C. 20231

04/29/2002 BTOM11  00000218 500353  PCT/US91/05735
01 FC:581         200.00 CH

**PATENT**
REEL: 012822 FRAME: 0897

## ASSIGNMENT

Whereas, Sanitec, Ltd., a corporation of Delaware of the United States, having an address at 23 Fairfield Place, West Caldwell, New Jersey 07006, is the owner of the entire rights, title and interest in an invention "APPARATUS AND PROCESS FOR TREATING MEDICAL HAZARDOUS WASTES" and has executed an application for patent which issued into United States Patent 5,270,000 on December 14, 1993 and the invention described applications for patent having U.S. Serial Nos. 07/937,829 and 08/276,871 and PCT applications PCT/US91/05735 and PCT/US91/02451.

NOW, THEREFORE, for $1.00 and other good and valuable consideration, receipt of which is acknowledged, Sanitec, Ltd. has agreed to assign and transfer unto Sanitec Group, LLC(Assignee), a limited liability company of Delaware of the United States, having an address at 23 Fairfield Place, West Caldwell, New Jersey 07006 its successors and assigns, the entire right, title and interest in and to the said invention(s), application(s) and patent(s), and in and to any division, continuation or continuation-in-part, of said application, and in and to any and all Letters Patent and reissues and extensions thereof of the United States of America and countries foreign thereto (including the right to apply for Letters Patent in foreign countries in its own name and to claim any priority rights for such foreign applications to which such applications are entitled under international conventions, treaties, or otherwise), which have been or may be granted on any of the foregoing to be held and enjoyed as fully and exclusively as they would have been by Sanitec, Ltd. had this assignment and transfer not been made;

Sanitec, Ltd. does further agree for itself and for its successors, assigns, and nominees, to execute and deliver without further consideration any further applications, assignments and documents, and to perform such other acts as it lawfully may, that may be deemed necessary by the said Assignee, its successors, assigns, and nominees, fully to secure its interest as aforesaid and to obtain or maintain Letters Patent in any and all countries; and

1

**PATENT**
**REEL: 012822 FRAME: 0898**

And Sanitec, Ltd. does hereby authorize and request the Commissioner of Patents to issue any and all Letters Patent which may be granted upon any of the said applications, to Assignee, as the assignee of the entire interest therein.

In witness whereof, Sanitec, Ltd., through its duly authorized officer/agent, has hereunto signed and executed this assignment on the day and year set forth below.

By: _____
Joseph Delloiacovo, President Sanitec, Ltd.

State of New Jersey )
                    ss.
County of Essex     )

On this 22nd day of February, 2002, before me personally appeared the above named, Joseph Delloiacovo, President of Sanitec, Ltd., personally known to me, and known by me to be the persons described in and who executed the foregoing instrument, and acknowledged that they executed the same as their free act and deed, on the day and year aforesaid.

NOTARY _____

SEAL

County: Essex

My Commission expires

GWENDOLYN R. RICCI
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES AUG. 12, 2002

2

PATENT
REEL: 012822 FRAME: 0899

## ASSIGNMENT

Whereas, Sanitec, Ltd., a corporation of Delaware of the United States, having an address at 23 Fairfield Place, West Caldwell, New Jersey 07006, is the owner of the entire rights, title and interest in an invention "APPARATUS AND PROCESS FOR TREATING MEDICAL HAZARDOUS WASTES" and has executed an application for patent which issued into United States Patent 5,270,000 on December 14, 1993 and the invention described applications for patent having U.S. Serial Nos. 07/937,829 and 08/276,871 and PCT applications PCT/US91/05735 and PCT/US91/02451.

NOW, THEREFORE, for $1.00 and other good and valuable consideration, receipt of which is acknowledged, Sanitec, Ltd. has agreed to assign and transfer unto Sanitec Group, LLC(Assignee), a limited liability company of Delaware of the United States, having an address at 23 Fairfield Place, West Caldwell, New Jersey 07006 its successors and assigns, the entire right, title and interest in and to the said invention(s), application(s) and patent(s), and in and to any division, continuation or continuation-in-part, of said application, and in and to any and all Letters Patent and reissues and extensions thereof of the United States of America and countries foreign thereto (including the right to apply for Letters Patent in foreign countries in its own name and to claim any priority rights for such foreign applications to which such applications are entitled under international conventions, treaties, or otherwise), which have been or may be granted on any of the foregoing to be held and enjoyed as fully and exclusively as they would have been by Sanitec, Ltd. had this assignment and transfer not been made;

Sanitec, Ltd. does further agree for itself and for its successors, assigns, and nominees, to execute and deliver without further consideration any further applications, assignments and documents, and to perform such other acts as it lawfully may, that may be deemed necessary by the said Assignee, its successors, assigns, and nominees, fully to secure its interest as aforesaid and to obtain or maintain Letters Patent in any and all countries; and

1

And Sanitec, Ltd. does hereby authorize and request the Commissioner of Patents to issue any and all Letters Patent which may be granted upon any of the said applications, to Assignee, as the assignee of the entire interest therein.

In witness whereof, Sanitec, Ltd., through its duly authorized officer/agent, has hereunto signed and executed this assignment on the day and year set forth below.

By: _____
Joseph Delloiacovo, President Sanitec, Ltd.

State of New Jersey )
                    ss.
County of Essex )

On this 22nd day of February, 2002, before me personally appeared the above named, Joseph Delloiacovo, President of Sanitec, Ltd., personally known to me, and known by me to be the persons described in and who executed the foregoing instrument, and acknowledged that they executed the same as their free act and deed, on the day and year aforesaid.

NOTARY _____

SEAL
    County: Essex

    My Commission expires

        GWENDOLYN R. RICCI
        NOTARY PUBLIC OF NEW JERSEY
        MY COMMISSION EXPIRES AUG 12, 2002

2

RECORDED: 04/12/2002

PATENT
REEL: 012822 FRAME: 0901

# EXHIBIT 2

**UNITED STATES PATENT AND TRADEMARK OFFICE**

JUNE 26, 2002

PTAS
COOLIDGE, WALL, WOMSLEY & LOMBARD
BARBARA L. SAGER
33 WEST FIRST STREET
DAYTON, OH 45402

Chief Information Officer
Washington, DC 20231
www.uspto.gov


*102072234A*

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE, ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY, SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 04/12/2002           REEL/FRAME: 002494/0753
                                       NUMBER OF PAGES: 3

BRIEF: ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

ASSIGNOR:
    SANITEC, LTD.                      DOC DATE: 02/22/2002
                                       CITIZENSHIP: DELAWARE
                                       ENTITY: CORPORATION

ASSIGNEE:
    SANITEC GROUP, LLC
    23 FAIRFIELD PLACE                 CITIZENSHIP: DELAWARE
    WEST CALDWELL, NEW JERSEY 07006    ENTITY: CORPORATION

APPLICATION NUMBER: 75848407           FILING DATE: 11/15/1999
REGISTRATION NUMBER: 2559664           ISSUE DATE: 04/09/2002

MARK: SANITEC
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 75381949           FILING DATE: 10/30/1997
REGISTRATION NUMBER: 2238405           ISSUE DATE: 04/13/1999

MARK: SANITEC
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

PLAINTIFF'S EXHIBIT 81

GI00589

002494/0753 PAGE 2

APPLICATION NUMBER: 74707984
REGISTRATION NUMBER: 1991211

FILING DATE: 07/31/1995
ISSUE DATE: 08/06/1996

MARK: SANITEC, INC.
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

MARCUS KIRK, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

GI00590