# EXHIBIT 7

Law Offices Of
## PETER J. BABOS
4640 ADMIRALTY WAY
SUITE 800
MARINA DEL REY, CALIFORNIA 90292
TELEPHONE (310) 577-0014  FAX (310) 577-0032
eFAX (310) 388-5507

### FACSIMILE COVER SHEET

TO: Jim Harkess

COMPANY: Sanitec West

FAX NO: (818) 769-1601

DATE: 11-17-03

FROM: PETER J. BABOS, ESQ.

RE: Sanitec, Ltd. stock ownership

NUMBER OF PAGES INCLUDING COVER SHEET: 6

MESSAGE: Jim — Here is the chain of Worldwide owning Ltd. (formerly Sanitec, Inc.) & Worldwide being owned 51% by Windsor Holdings, LLC (102 shares) and 49% by Salem Associates, Inc. (Jeff Weinsten) - (98 shares).

PJB

IF YOU HAVE ANY QUESTIONS REGARDING THE FAXED INFORMATION, PLEASE CONTACT OUR OFFICE AT THE TELEPHONE NUMBER LISTED ABOVE.

This message is intended only for the use of the individual or entity to which it is addressed any may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the ready of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us via postal service. Thank you.

S-PB000107



SAN TECH, INC.

TOTAL AUTHORIZED ISSUE
1,000 SHARES PAR VALUE $1.00 EACH

This is to Certify that ___Sanitec Worldwide, Ltd.___ is the owner of

***** One Thousand (1,000) ***** fully paid and non-assessable shares of the above Corporation transferable only on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed.
Witness, the seal of the Corporation and the signatures of its duly authorized officers.
Dated as of April 11, 2001

Certificate No.'s 1 & 2 of Sanitec Worldwide, Ltd. were cancelled & voided — Never issued.

922468

Certificate No. 3   For 100   Shares Issued to Windsor Holdings, LLC   Transferred from
Dated as of July 27, 2001   Receipt acknowledged

| No. Original Certificate | No. Original Shares | No. Of Shares Transferred |
|---|---|---|
| 1 | 1 | |

NOV 17 2003 5:03PM   PETER J BABOS

NUMBER   SHARES

INCORPORATED UNDER THE LAWS OF

THE STATE OF DELAWARE

# SANITEC WORLDWIDE, LTD.

1,000 SHARES COMMON STOCK, NO PAR VALUE

**This Certifies that** _Windsor Holdings, LLC_ _is the owner of_

***** One hundred (100) *****  _fully paid and non-assessable Shares of the Capital Stock of the above named Corporation transferable only on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed. In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this of the 27th day of_ July _A. D._ 2001

Jeffrey J. Weinsten, SECRETARY

Joseph Dellolacovo, PRESIDENT

S-PB000110

310577 0032

P. 4

© 1999 ALL-STATE LEGAL, A DIVISION OF ALL-STATE INTERNATIONAL, INC. 800-222-0510 IN NJ 908-272-0800 PRC 12.17

Certificate No. 4   For 98   Shares Issued to Salem Associates, Inc.   Transferred from

922468

Dated _____   Receipt acknowledged



Certificate No. **5**    For **2**    Shares Issued to **Windsor Holdings, LLC**    Transferred from _____

922468

| No. Original Certificate | No. Original Shares | No. Of Shares Transferred |
|---|---|---|
|  |  |  |

Dated _____, _____ Receipt acknowledged _____

## SANITEC WORLDWIDE, LTD.

THE STATE OF DELAWARE

1,000 SHARES COMMON STOCK, NO PAR VALUE

**This Certifies that** _____ **WINDSOR HOLDINGS, LLC** _____ is the owner of

*** Two (2) *** _____ fully paid and non-assessable Shares of the Capital Stock of the above named Corporation transferable only on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this **11th** day of **June** A.D. **2002**.

TREASURER SECRETARY
Jeffrey J. Weinsten

Chairman of the PRESIDENT Board
Terrance Quinn

NOV 17 2003 5:09PM PETER J BAROS 2105770032 P.6

S-PB000112

| | | |
|---|---|---|
| Certificate No. __1__ For __100__ Shares Issued to __Terrance Quinn__ | Transferred from _____ | 922468 |
| Dated __November 14__, __1999__ Receipt acknowledged _____ | No. Original Certificate / No. Original Shares / No. Of Shares Transferred | |

**NUMBER** 1

**SHARES** 100

INCORPORATED UNDER THE LAWS OF
THE STATE OF DELAWARE

# SANITEC WORLDWIDE, LTD.

1,000 SHARES COMMON STOCK, NO PAR VALUE

*Never Issued*

**This Certifies that** _____ Terrance Quinn _____ is the owner of

***** One hundred *****

_fully paid and non-assessable Shares of the Capital Stock of the above named Corporation transferable only on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed. In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this __14th__ day of __November__ A.D. __1999___

TREASURER / SECRETARY                                PRESIDENT

1999 ALL-STATE LEGAL, A DIVISION OF ALL-STATE INTERNATIONAL, INC  800 222-0510  IN NJ 908-272-0800  99C12-12

S-PB000113

922468

ficate No. 2   For 100   Shares Issued to Windsor Holdings, LLC   Transferred from  / /
as of November 14, 1999   Receipt acknowledged



SANITEC WORLDWIDE, LTD.

1,000 SHARES COMMON STOCK, NO PAR VALUE

Not Issued
SH

This Certifies that Windsor Holdings, LLC is the owner of ***** One Hundred (100) ***** fully paid and non-assessable Shares of the Capital Stock of the above named Corporation transferable only on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed. In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this as of the 14th day of November A.D. 1999

Jeffrey Weinsten / SECRETARY          Joseph Delloiacovo PRESIDENT

S-PB000114

# EXHIBIT 8

GOODMAN WEISS MILLER LLP
100 ERIEVIEW PLAZA, 27TH FLOOR
CLEVELAND, OHIO 44114-1882

TELEPHONE: (216) 696-3396
FAX: (216) 363-5835

January 23, 2003

AGREEMENT

- ~~James Harkess~~ ~~Sanitec West~~ effectuates immediate $60,000 (the "Amount") wire transfer to Goodman Weiss Miller LLP ~~for~~ as a retainer deposit to fund its representation of Salem Associates Inc. ("Salem") and Jeffrey J. Weinsten ("Weinsten") ~~at trial~~ (Miller @ 325/hr.; Smith @ 185/hr.)

- The Amount constitutes a loan to Salem and Weinsten.

- Salem and Weinsten pledge to Harkess or his designee ownership interest in Sanitec Ltd. as security for repayment of the Amount; Salem/Weinsten retain all voting rights notwithstanding pledge.

- Repayment of the Amount is due starting six months after entry of judgment in trial.

- At the time repayment of the Amount is due, Salem and Weinsten determine, in their sole discretion, whether to repay the Amount or relinquish the pledged stock in full satisfaction.

- Repayment of the Amount, if elected, will be made at the rate of $10,000 per month (no interest) starting on the 15th day of the seventh month after judgment is entered in trial.

- Salem immediately releases its pending consulting bills to Sanitec West in the approximate amount of $38,500.

SALEM ASSOCIATES INC.
BY: _____
JEFFREY J. WEINSTEN

_____
STEVEN J. MILLER
COUNSEL TO SALEM AND WEINSTEN

SANITEC WEST
BY: _____

_____
JOHN R. CLIMACO
COUNSEL TO SANITEC WEST