## U.S. District Court
## Eastern District of New York (Brooklyn)
### CRIMINAL DOCKET FOR CASE #: 1:96-cr-00702-FB-ALL

**Case title:** USA v. Weinsten
**Other court case number(s):** None                 **Date Filed:** 08/02/96
**Magistrate judge case number(s):** None

---

**Assigned to:** Judge Frederic Block
**Referred to:**

**Defendant(s)**
---------------------------

**Jeffrey J. Weinsten** (1)                    represented by **Lawrence Hochheiser**
*TERMINATED: 03/31/1998*                       Hochheiser & Hochheiser, LLP
                                               270 Madison Avenue
                                               Suite 1203
                                               New York, NY 10016-2202
                                               Fax: (212) 481-3424
                                               *TERMINATED: 03/31/1998*
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*
                                               Designation: Retained

**Pending Counts**                             **Disposition**
-----------------------                        -------------------

18:1341, 2 & 3551 et seq - DEVISED             Defendant is sentenced to Counts 1-3
A SCHEME & ARTIFICE TO                         and receives 1 year probation with the
DEFRAUD THE COAST GUARD &                      special condition that he serve 6 months
TO OBTAIN MONEY & PROPERTY                     of home confinement; that he pay a fine
FROM THE COAST GUARD BY                        of $2,000.00; and that he make
MEANS OF FALSE &                               restitution to the U.S. Coast Guard in
FRAUDULENT PRETENSES.                          the sum of $3 6,000.00. The fine and
(1-3)                                          restitution in the combined sum of
                                               $38,000.00 shall be paid on or before
                                               one day prior to the end of probation.

**Highest Offense Level (Opening)**
-------------------------------------------

Felony

**Terminated Counts**                          **Disposition**
-----------------------------                  -------------------



**EXHIBIT D**

None

**Highest Offense Level (Terminated)**
------------------------------------------------

None

**Complaints**                                                           **Disposition**
------------------                                                       ----------------

None

**Plaintiff**
------------------

USA                                    represented by **Miriam R. Best**
                                                       United States Attorney's Office
                                                       Criminal Division
                                                       225 Cadman Plaza East
                                                       Brooklyn, NY 11201
                                                       (718) 254-7000
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 08/02/1996 | 1 | CALENDAR ENTRY as to Jeffrey J. Weinsten ; Case called before Magistrate Steven M. Gold on date of 8/2/96 for Grand Jury presentment of Indictment handed up & ordered filed. (Greves, Liz) (Entered: 08/19/1996) |
| 08/02/1996 | 2 | INDICTMENT as to Jeffrey J. Weinsten (1) count(s) 1-3. (Greves, Liz) (Entered: 08/19/1996) |
| 08/02/1996 |  | Magistrate Pollak has been selected by random selection to handle any matters that may be referred in this case. (Greves, Liz) (Entered: 08/19/1996) |
| 08/13/1996 | 3 | CALENDAR ENTRY as to Jeffrey J. Weinsten ; Case called before Magistrate A. S. Chrein on 8/13/96 for arraignment. AUSA: Miriam Best. Defense counsel: Lawrence Hochheiser. Tape # 96/56 (380-673). Defendant arraigned and pleads Not Guilty: Jeffrey J. Weinsten (1) count(s) 1-3 . Order of excludable delay entered until 9/6/96. (Asreen, Wendy) (Entered: 08/22/1996) |

| Date | No. | Entry |
|---|---|---|
| 08/13/1996 | | District Court Arraignment as to Jeffrey J. Weinsten (1) count(s) 1-3 held. (Asreen, Wendy) (Entered: 08/22/1996) |
| 08/13/1996 | 4 | Defendant, Jeffrey J. Weinsten, released on his own recognizance. ( Signed by Magistrate A. S. Chrein , dated 8/13/96) (Asreen, Wendy) (Entered: 08/22/1996) |
| 08/13/1996 | 5 | ORDER as to Jeffrey J. Weinsten, of excludable delay from 8/13/96 to 9/6/96 . ( Signed by Magistrate A. S. Chrein , dated: 8/13/96) (Asreen, Wendy) (Entered: 08/22/1996) |
| 08/19/1996 | 6 | (copy) LETTER dated 8/16/96 from AUSA, Miriam Best to Lawrence Hochheiser, Esq., providing discovery. (Asreen, Wendy) (Entered: 08/26/1996) |
| 09/06/1996 | 7 | CALENDAR ENTRY as to Jeffrey J. Weinsten ; Case called before Judge Frederic Block on date of 9/6/96 for status conference. Jeffrey Weinsten present with counsel Lawrence Haccheiser; AUSA Miriam Best present; Court Reporter F. Guerino. Deft's motion filing deadline for 10/25/96 , Governments response motion due 11/8/96 , Further status set for 10/25/96 at 3:00PM only if no motions have been filed. , Jury selection for 2/3/97 before Judge Frederic Block . Findings and order of excludable delay until 10/25/96 entered on the record. (Romano, Dan) (Entered: 09/11/1996) |
| 09/11/1996 | 8 | LETTER dated 9/4/96 from Miriam Best to Mr. Hochheiser, enclosing copies of the following discovery: Deft's examinations before trial in Weinsten v. Fleet Factors Corp., 4/27/94, 6/1/94, 7/20/94; report of arraignment and processing of deft, dated 8/13/96; Deft's testimony before the grand jury, Eastern District of Pennsylvania, 12/5/89. (Romano, Dan) (Entered: 09/11/1996) |
| 09/18/1996 | 9 | ORDER of EXCLUDABLE DELAY from 9/6/96 to 10/25/96 as to Jeffrey J. Weinsten. (Signed by Judge Frederic Block , dated: 9/6/96). (Greves, Liz) (Entered: 09/18/1996) |
| 09/27/1996 | 10 | LETTER dated 9/27/96 from Miriam Best to Lawrence Hochheiser, enclosing copies of the videotapes of the imspection of 50 chemical protective suits performed by Government QARs between 4/30/96 and 5/2/96. (Romano, Dan) (Entered: 10/07/1996) |
| 10/16/1996 | 11 | Copy of LETTER dated 10/9/96 from Lawrence Hochheiser to Ms. Best requesting discovery & a demand for a bill of particulars on behalf of deft Jeffrey Weinsten. (Greves, Liz) (Entered: 10/16/1996) |
| 10/25/1996 | 14 | CALENDAR ENTRY as to Jeffrey J. Weinsten ; Case called before Magistrate Marilyn D. Go on date of 10/25/96 for for order of |

| | | |
|---|---|---|
| | | excludable delay. AUSA M. Best. Tape # 96/86 (1112-1286). Deft present with counsel Lawrence Hochheiser. Time excluded for speedy trial from 10/25/96 thru 12/6/96. (Greves, Liz) (Entered: 11/07/1996) |
| 10/28/1996 | 18 | LETTER dated 10/28/96 from Miriam R. Best, AUSA, to Judge Block stating that if no defense motions are filed by 11/15/96 the government requests that a status conference be held on 11/18/96 at 9:30. (Johnson, Tanya) (Entered: 11/20/1996) |
| 11/01/1996 | 12 | LETTER dated 10/16/96 from Lawrence Hochheiser to Judge Block, requesting an additonal 2 weeks of preparation time for submissions of defense motions. (Romano, Dan) (Entered: 11/01/1996) |
| 11/05/1996 | 13 | LETTER dated 10/28/96 from Miriam Best to Judge Block, requesting that a status conference be held is this case on 11/18/96 or as soon thereafter as the parties may be heard. (Romano, Dan) (Entered: 11/05/1996) |
| 11/07/1996 | 15 | ORDER of EXCLUDABLE DELAY from 10/25/96 thru 12/6/96 as to Jeffrey J. Weinsten. (Signed by Magistrate Marilyn D. Go ,dated: 10/25/96). (Greves, Liz) (Entered: 11/07/1996) |
| 11/18/1996 | 16 | LETTER dated 10/21/96 from Lawrence Hochheiser to Mirim Best, AUSA, Addendum to the 10/9/96 discovert request and demand for Bill of Particulars by deft Jeffrey Weinsten. (Romano, Dan) (Entered: 11/18/1996) |
| 11/18/1996 | 17 | CALENDAR ENTRY as to Jeffrey J. Weinsten ; Case called before Judge Frederic Block on 11/18/96 for status conference. AUSA: Miriam Best. Defense counsel: Lawrence Hoccheiser. ESR: Robert Eppenstein. Defendant requests additional time to file motions. Reset motion filing deadline of 12/6/96 with government's response due 1/3/97 . Order of excludable delay entered until 1/3/97. (Asreen, Wendy) (Entered: 11/19/1996) |
| 11/21/1996 | 19 | ORDER of EXCLUDABLE DELAY from 11/18/96 to 1/3/97 as to Jeffrey J. Weinsten. (Signed by Judge Frederic Block , dated: 11/18/96). (Greves, Liz) (Entered: 11/21/1996) |
| 11/25/1996 | 20 | TRANSCRIPT filed in case as to Jeffrey J. Weinsten for status conference before Judge Block on 11/18/96 ; ESR: L. Vazquez. (Romano, Dan) (Entered: 11/27/1996) |
| 11/29/1996 | 21 | LETTER dated 11/1/96 from Miriam Best to Lawrence Hochheiser, replying to discovery letter and demands for bill of particulars dated 10/19/96 and 10/21/96. (Romano, Dan) (Entered: 11/29/1996) |

| | | |
|---|---|---|
| 12/06/1996 | 22 | MOTION by Jeffrey J. Weinsten to dismiss. (Greves, Liz) (Entered: 12/10/1996) |
| 12/06/1996 | 23 | MEMORANDUM by Jeffrey J. Weinsten in support of [22-1] motion to dismiss. (Greves, Liz) (Entered: 12/10/1996) |
| 12/10/1996 | 24 | Corrected Version of deft Weinstein's MEMORANDUM in support of [22-1] motion to dismiss. (Greves, Liz) (Entered: 12/12/1996) |
| 12/30/1996 | 25 | (copy) LETTER dated 12/27/96 from AUSA, Miriam Best, to Judge Block, requesting that the government have until 1/17/97 to respond to the motion to dismiss. (Asreen, Wendy) (Entered: 01/06/1997) |
| 01/16/1997 | 26 | LETTER dated 12/27/96 from Miriam Best to Judge Block requesting that the date for AUSA to responsed be extended for two weeks until 1/17/97. (Romano, Dan) (Entered: 01/16/1997) |
| 01/16/1997 | | ENDORSED ORDER extending time until 1/17/97 for the Government to responed to deft motion to dismiss the indictment. ( Judge Frederic Block , dated 1/9/97). (Romano, Dan) (Entered: 01/16/1997) |
| 01/17/1997 | 27 | MEMORANDUM by USA as to Jeffrey J. Weinsten in opposition to [22-1] motion to dismiss. (DiTomasso, Mike) (Entered: 01/22/1997) |
| 02/05/1997 | 29 | LETTER dated 2/5/97 from Miriam Best to Lawrence Hochheiser, replying to your letter of 1/27/97. re discovery material. (Romano, Dan) (Entered: 02/11/1997) |
| 02/10/1997 | 28 | LETTER dated 1/27/97 from Lawrence Hochheiser to Judge Block, requesting an extension of time of two weeks until 2/14/97 to reply to the Governments reply memorandum. (Romano, Dan) (Entered: 02/10/1997) |
| 02/10/1997 | | ENDORSED ORDER as to Jeffrey J. Weinsten, extending time until 2/14/97 to reply to Government's reply memorandum. ( Judge Frederic Block , dated 2/5/97) (Romano, Dan) (Entered: 02/10/1997) |
| 02/18/1997 | 32 | Deft Jeffrey J. Weinsten's REPLY MEMO to the government's opposition to deft's motion to dismiss. (Greves, Liz) (Entered: 02/25/1997) |
| 02/20/1997 | 30 | CALENDAR ENTRY as to Jeffrey J. Weinsten ; Case called before Judge Frederic Block on date of Feb. 20, 1997, for status conference. Deft. present, on bail and represented by Lawrence Hoccheiser. Govt. rep. by Miriam Best. Court Reporter - Fred Guerino. Sur-Reply papers to be filed by Govt. by 3/3/97 regarding Deft.'s motion to [22- |

| | | |
|---|---|---|
| | | 1] dismiss. The Court sets jury selection for 5/19/97 for Jeffrey J. Weinsten before Judge Frederic Block and sets Jury trial for 5/19/97 for Jeffrey J. Weinsten before Judge Frederic Block . (Vaughn, Terry) (Entered: 02/21/1997) |
| 02/20/1997 | 33 | AMENDED CALENDAR ENTRY as to Jeffrey J. Weinsten ; Case called before Judge Frederic Block on date of 2/20/97. Court Reporter F. Guerino & AUSA M. Best. Counsel for all sides present. Deft present on bail with counsel Lawrence Hoccheiser. Jury selection & jury trial set for 5/19. Parties consent to magistrate judge jury selection. Government will submit sur reply papers re: deft's motion by 3/3. (Greves, Liz) (Entered: 03/04/1997) |
| 02/24/1997 | 31 | LETTER dated 2/5/97 from Miriam R. Best, AUSA to Judge Block, Replying to your letter dated 1/27/97 regarding your request for additionl discovery. (Romano, Dan) (Entered: 02/24/1997) |
| 03/05/1997 | 34 | LETTER dated 1/20/97 from Lawrence Hochheiser to Miriam Best, requesting an additional 60 days beyond the previously set date of 2/3/97 to complete discovery. We have yet to receive your response to our motion and would need time to prepare a reply brief as well. (Romano, Dan) (Entered: 03/05/1997) |
| 03/05/1997 | 35 | LETTER dated 1/15/97 from Miriam Best to Lawrence Hochheiser, re: discovery material. (Romano, Dan) (Entered: 03/05/1997) |
| 03/14/1997 | 36 | Government's Supplemental MEMORANDUM of law and exhibits in opposition deft's [22-1] motion to dismiss the Indictment. (Romano, Dan) (Entered: 03/14/1997) |
| 03/20/1997 | 37 | LETTER dated 3/7/97 from Lawrence Hochheisen to Judge Block, requesting permission to file additional papers to reply to the govt's supplemental memo opposing deft's motion to dismiss. (Dobkin, David) (Entered: 03/20/1997) |
| 04/09/1997 | 38 | Copy of LETTER dated 3/18/97 from Lawrence Hochheiser to Ms. Best advising that this letter is an addendum to the 10/9/96 Demand for Bill of Particulars by deft Jeffrey Weinstein. (Greves, Liz) (Entered: 04/09/1997) |
| 04/11/1997 | 39 | MOTION by Jeffrey J. Weinsten for an order excluding "other crimes, wrongs, or acts" evidence offered by the government under Rule 404(b). (Greves, Liz) (Entered: 04/16/1997) |
| 04/18/1997 | 42 | LETTER dated 4/18/97 from Miriam Best to Lawrence Hochheiser, enclosing the following documents re: discovery; deft's testimony before U.S. Courts of Federal Claims; Deft's affidavit in opposition to |

| | | |
|---|---|---|
| | | motion for summary judgment. (Romano, Dan) (Entered: 05/13/1997) |
| 05/01/1997 | 40 | LETTER dated 4/18/97 from Miriam Best to Lawrence Hochheiser, enclosing the following documents in accordance with the Government's discovery obligations; Deft's testimoney before the U. S. Court of Federal Claims dated 6/23/93; deft's affidavit in opposition to motion for summary judgment in Jeffrey Weinstein et at, v. Fleet Factors Corp. (Romano, Dan) (Entered: 05/01/1997) |
| 05/02/1997 | 46 | ORDER as to Jeffrey J. Weinsten that the Government may disclose tax returns and return information of Juffrey J. Weinstein. ( Signed by Judge Frederic Block , dated: 5/1/97). (Romano, Dan) (Entered: 05/19/1997) |
| 05/05/1997 | 47 | LETTER dated 5/3/97 from Miriam Best to Lawrence Hochheiser, please advise Government whether deft would agree to stipulate regarding Protective Textiles chemsuits. (Romano, Dan) (Entered: 05/19/1997) |
| 05/06/1997 | 43 | Deft Jeffrey J. Weinsten's MEMO of LAW in Reply to the government's opposition to his motion to exclude 404(b) evidence. (Greves, Liz) (Entered: 05/14/1997) |
| 05/07/1997 | 41 | LETTER dated 4/18/97 from Miriam Best to Judge Block, requesting that deft's motion to exclude this evidence be denied, and we further request that the government be allowed to introduce this evidence in its case-in-chief. (Romano, Dan) (Entered: 05/07/1997) |
| 05/12/1997 | 61 | LETTER dated 5/12/97 from Miriam Best to Judge Block, submitting this letter in futher support of its motion in limine to permit the introduction of evidence regarding the attempt sale of chemsuits to Tradeways, International. (Romano, Dan) (Entered: 06/09/1997) |
| 05/13/1997 | 45 | CALENDAR ENTRY as to Jeffrey J. Weinsten ; Case called before Judge Frederic Block on date of 5/13/97 for motion hearing. Jeffrey J. Weinstein present with counsel Lawrence Hochheiser; AUSA Miriam Best present. ESR L. Auson. Deft present on bail. Motion to dismiss argued. Deft request that Michael Winstein, ESQ be admitted to argue the motion to dismiss GRANTED. Motion to dismiss indictment argued. Motion DENIED. Deft request a one month adjournment of trial presently set for 5/19/97. Jury selection set for 5/19/97 for Jeffrey J. Weinstein before Judge Frederic Block , Jury trial set for 5/21/97 for Jeffrey J. Weinsten before Judge Frederic Block . Motion re: 404(B) agrued; decision reserved. (Romano, Dan) (Entered: 05/19/1997) |
| 05/15/1997 | 48 | CALENDAR ENTRY as to Jeffrey J. Weinsten ; Case called before Judge Frederic Block on date of 5/15/97 for motion hearing. Jeffrey J. |

| | | |
|---|---|---|
| | | Weinstein present with counsel Lawrence Hochheiser; AUSA Miriam Best present; ESR L. Auson. Deft present on bail. Motion to dismiss argued. Deft requests that Michael Weinsten be admitted to argue the motion to dismiss GRANTED. Motion to dismiss indictment argued. Motion DENIED. Deft requests a one month adjournment of trial presently set for 5/19/97. Jury selection set for 5/19/97 ; Jury trial set for 5/21/97 before Judge Block. Motion re: 404(B) argued; decision reserved. (Romano, Dan) (Entered: 05/21/1997) |
| 05/16/1997 | 51 | LETTER dated 5/15/97 from Miriam Best to Lawrence Hochheiser, Enclosing copies of the Government's 3500 material which is contained in four velobound volumes. (Romano, Dan) (Entered: 05/28/1997) |
| 05/19/1997 | 44 | LETTER dated 5/13/97 from Miriam Best to Lawrence Hochheiser, enclosing copies of the U.S. Coast Guard files regarding chemsuits for the PSU's for discovery perposes. (Romano, Dan) (Entered: 05/19/1997) |
| 05/20/1997 | 49 | TRANSCRIPT filed in case as to Jeffrey J. Weinsten for motion hearing before Judge Block on 5/13/97 ; Court Reporter/ESR: L. Auson. (Romano, Dan) (Entered: 05/21/1997) |
| 05/22/1997 | 50 | LETTER dated 5/15/97 from AUSA Miriam Best to Lawrence Hochheiser Esq. re: enclosed are copies of the government's 3500 material which is contained in four velobound volumes. (McGee, Maryann) (Entered: 05/22/1997) |
| 05/27/1997 | 52 | LETTER dated 5/23/97 from AUSA Miriam Best to Judge Block re: the Court's request that the government detail more specifically its evidence regarding the attempted sale of chemical protective suits ("chemsuits") to Tradeways, Inc. (McGee, Maryann) Modified on 05/29/1997 (Entered: 05/29/1997) |
| 05/27/1997 | 53 | LETTER dated 5/22/97 from AUSA Miriam Besst to Lawrence Hochheiser re: reply to letter of 5/21/97, asking the government to forward to you the files of Willie Franklin, Barry Gobel and Theodore Jilek. We do not possess any personnel files for these men and therefore cannot foward them to you. (McGee, Maryann) (Entered: 05/29/1997) |
| 05/27/1997 | 54 | LETTER dated 5/23/97 from AUSA Miriam Best to Lawrence Hochheiser Esq. re: we enclose a draft stipulation that we believe will eliminate not only the issue of knowledge but also numerous witnesses and exhibits, which will shorten the trial. Draft stipulation attached. (McGee, Maryann) Modified on 05/29/1997 (Entered: 05/29/1997) |
| | | |

| 05/27/1997 | 55 | LETTER dated 5/23/97 from AUSA Miriam Best to Lawrence Hochheiser, Esq. re; in accordance with the government's continuing discovery obligations we enclose copies of the folllowing: files of Judy Dennison, documents provided by Wall Shipping, copies of documents from U.S.Coast Guard files, Govenor's Island and Ninth Coast Guard District, copies of document regarding shipment of chemsuits from Camp Perry, Ohio to the Eastern District of New York. (McGee, Maryann) (Entered: 05/29/1997) |
| 05/27/1997 | 56 | LETTER dated 5/23/97 from AUSA Miriam Best to Lawrence Hochheiser, Esq. re: in accordance with the government's continuing discovery obligations, we provide you with a summary of the expected testimony of the government's expert witnesses. (McGee, Maryann) (Entered: 05/29/1997) |
| 05/27/1997 | 57 | LETTER dated 5/27/97 from AUSA Miriam Best to Lawrence Hochheiser Esq. re: reply to fax of Friday 5/23/97, suggesting alternative language in paragraph 4 of proposed stipulation regarding Deft's knowledge. (McGee, Maryann) (Entered: 05/29/1997) |
| 05/27/1997 | 59 | COPY of TRANSCRIPT filed in case as to Jeffrey J. Weinsten for motion hearing before Judge Block on 5/13/97 ; ESR: L. Auson. (Romano, Dan) (Entered: 06/02/1997) |
| 05/29/1997 | | ENDORSED ORDER GRANTING jury selection change from 5/19/97 to 6/2/97 and will be conducted by a U.S. Magistrate Judge. The trial commencement date is changed from 5/21/97 to 6/9/97 as to Jeffrey J. Weinsten. Mr Weinsten waives his Speedy Trial rights to the extent necessary for these arraignments. Order endorsed on letter dtd 5/16/97. ( Judge Frederic Block , dated 5/22/97) (McGee, Maryann) (Entered: 05/29/1997) |
| 05/29/1997 | 58 | ORDER GRANTING jury selection change from 5/19/97 to 6/2/97 which will be conducted by a U.S. Magistrate Judge. The trial commencement date is changed from 5/21/97 to 6/9/97 as to Jeffrey J. Weinsten. Mr. Weinsten waives his Speedy Trial rights to the extent necessary for these arraignments. Order endorsed on letter dtd 5/16/97. ( Signed by Judge Frederic Block , dated: 5/22/97) (McGee, Maryann) (Entered: 05/29/1997) |
| 06/02/1997 | 60 | CALENDAR ENTRY as to Jeffrey J. Weinsten ; Case called before Magistrate Steven M. Gold on date of 6/2/97 for Jury selection. Jeffrey J. Weinstein present with counsel Larry Horhheser; AUSA Miriam Best; Kathren Frieser; Court Reporter Henry Shapiro. Jury trial set for 11:00 6/9/97 for Jeffrey J. Weinsten . (Romano, Dan) (Entered: 06/06/1997) |
| 06/06/1997 | 64 | CALENDAR ENTRY as to Jeffrey J. Weinsten ; Case called before |