| | | |
|---|---|---|
| | | Judge Frederic Block on date of 6/6/97 for motion hearing. Counsel for deft presnet Lawrence Hochheiser/ Felicia Reinhardt; AUSA Miriam Best present; ESR J. Howell. Deft not present. Status conference held. 404(b) issues discusssed. Counsel state that they have no objections with the jury selection process and the jurors. Government has filed an in liminie motion; motion to be ruled on 6/9/97 when the deft is present. Government moves for reciprocal discovery. Deft directed to turn over reciprocal discovery by the end of today. Trial to commence 6/9/97 at 10:30am. (Romano, Dan) (Entered: 06/17/1997) |
| 06/09/1997 | 62 | LETTER dated 5/28/97 from Miriam Best to Mag Judge Gold, requesting that the Court inclde the question stated in letter dated 5/28/97 document #62 during voir dire of the prospective jury panel. In addition the Government encloses a copy of thier witness list. (Romano, Dan) (Entered: 06/09/1997) |
| 06/09/1997 | 67 | CALENDAR ENTRY as to Jeffrey J. Weinsten ; Case called before Judge Frederic Block on date of 6/9/97 for trial. Jeffrey J. Weinsten present with counsel Lawrence Hochheiser/ Felicia Reinhard; AUSA Miriam Best/Catherin Friesen present. Court Reporter G. Rudolph. Mr. Hochheiser moves for the admission of Michael Weinsten pro Hac vice. GRANTED. Alternate juror #2 is hereby excused. Alternate #3 becomes alt #2 and Alt #4 becomes alt #3. Jurors sworn; trial ordered and begun. Government opens; deft opens; Government's case ordered and begun. Trial to ruesume 6/10/97. (Romano, Dan) (Entered: 06/19/1997) |
| 06/10/1997 | 68 | CALENDAR ENTRY as to Jeffrey J. Weinsten ; Case called before Judge Frederic Block on date of 6/10/97 for trial. Jeffrey J. Weinsten present with counsel Lawrence Hochheiser/Felicia Reinhard; AUSA Miriam Best/Catherine Friesen present; Court Reporter G. Rudolph. Trial resumed; Government's case resumed. Trial to continue 6/11/97 at 10:00am. (Romano, Dan) (Entered: 06/19/1997) |
| 06/11/1997 | 63 | Government's Requests to Charge as to Jeffrey J. Weinsten. (Greves, Liz) (Entered: 06/11/1997) |
| 06/11/1997 | 84 | CALENDAR ENTRY as to Jeffrey J. Weinsten ; Case called before Judge Frederic Block on 6/11/97 for jury trial. AUSA: Miriam Best and Catherine Friesen. Defense counsel: Lawrence Hochheiser and Felicia Reinhard. Court Reporter: Gene Rudolph. Trial resumes with government's case; trial to continue to 6/12/97. (Asreen, Wendy) (Entered: 07/08/1997) |
| 06/12/1997 | 69 | CALENDAR ENTRY as to Jeffrey J. Weinsten ; Case called before Judge Frederic Block on date of 6/12/97 for trial. Jeffrey Weinsten present with counsel Lawrence Hochheiser/Felicia Reinhard; AUSA |

Eastern District of New York - Live Database Ver. 1.4 Release - Docket Report    Page 11 of 18

| | | |
|---|---|---|
| | | Miriam Best/Catherine Friesen present. Court Reporter G. Rudolph. Trail resumed; Government's case resumed. Trial to continue 6/16/97 at 10:00am. (Romano, Dan) (Entered: 06/20/1997) |
| 06/16/1997 | 73 | CALENDAR ENTRY as to Jeffrey J. Weinsten ; Case called before Judge Frederic Block on date of 6/16/97 for trial. Jeffrey Weinsten present with counsel Lawrence Hochheiser/Felicia Reinhard; AUSA Miriam Best/Catherine Friesen present; Court Reporter M. Brymer. Trial resummed; Government's case resumed. Government rests. Deft moves under Rule 29 F.R.Cr.P. for a judgment of Acquittal and for dismissal; Decision reserved. Trial to continue 6/17/97 at 10:00am. (Romano, Dan) (Entered: 06/23/1997) |
| 06/17/1997 | 74 | CALENDAR ENTRY as to Jeffrey J. Weinsten ; Case called before Judge Frederic Block on date of 6/17/97 for trial. Jeffrey J. Weinsten present with counsel Lawrence Hochheiser/Felicia Reinhard Court Reporter M. Brymer. Trial resumed; deft's case ordered and begun. Deft rests. Deft moves under Rule 29 FRcrP dismissal; decision reserved. Charging conference set for 6/18/97 at 10:00am. summations 6/18/97 at 11:00am. (Romano, Dan) (Entered: 06/23/1997) |
| 06/18/1997 | 65 | LETTER dated 4/18/97 from Miriam Best to Judge Block, submitting this letter in opposition to deft's motion to preclude the introduction of evidence under Rule 404(b). (Romano, Dan) (Entered: 06/18/1997) |
| 06/18/1997 | 66 | LETTER dated 5/30/97 from Lawrence Hochheiser to Judge Block requesting that the Court permit some vior dire questioning to be conducted by counsel. (see document #66 for questions). (Romano, Dan) (Entered: 06/18/1997) |
| 06/18/1997 | 85 | CALENDAR ENTRY as to Jeffrey J. Weinsten ; Case called before Judge Frederic Block on 6/18/97 for jury trial. AUSA: Miriam Best and Catherine Friesen. Defense counsel: Lawrence Hochheiser and Felicia Reinhard. Court Reporter: Mickey Brymer. Charging conference held and rulings entered on the record. Both sides give summation. Trial to continue to 6/23/97 for addt'l charging conference and for continuation of trial. (Asreen, Wendy) (Entered: 07/08/1997) |
| 06/20/1997 | 70 | LETTER dated 6/16/97 from Miriam Best, Catherine Friesen to Judge Block, requesting that the Court give the following instruction re: interview of witnesses. (Romano, Dan) (Entered: 06/20/1997) |
| 06/20/1997 | 71 | LETTER dated 6/16/97 from Miriam Best/Catherine Friesen to Judge Block government moves in limine to exclude portion of the deft's anticipated expert testimony. (Romano, Dan) (Entered: 06/20/1997) |

| Date | # | Entry |
|---|---|---|
| 06/20/1997 | 72 | LETTER dated 6/17/97 from Miriam Best/ Catherine Friesen to Judge Block, stating that the Government moves in limine to cross-examine the deft. (Romano, Dan) (Entered: 06/20/1997) |
| 06/23/1997 | 79 | CALENDAR ENTRY as to Jeffrey J. Weinsten ; Case called before Judge Frederic Block on date of 6/23/97 for trial. Jeffrey J. Weinsten present with counsel Lawrence Hochheiser/Felicia Reinhard; AUSA Miriam Best/Catherine Friesen; Court Reporter M. Brymer. Continued charging conference held. Ruleings re: charge entered on the record. The deft Weinsten give a final summation. Government gives a final summation. Judge charge jury at 11:45am . Marshal sworn. Alternates discharged with the thanks of the Court. Jury retirest to dieliberate at 12:45pm Jury returns at 3:00pm with a verdict as follows Guilty: Jeffrey J. Weinsten (1) count(s) 1-3 . Jury charged at 3:30pm with respect to venue issue. Jury retires to deliberate with respect to venue issue. Jury returns at 4:30PM with a verdict as follow: Count 1- venue issue proven; count 2- venue issue proven- count 3 venue issue proven. Jury discharged with the thanks of the Court . Trial concluded. Bail continued under the same terms and conditions. Deft's renewed motion for a Rule 29 Judgment of acquittal to be briefed within 30 days . (on all issues as well as venue issue) Government to rely 3 weeks after receipt of deft's brief. Deft has one week to reply. Decision still reserved at this time. Sentencing set for 11:00 10/6/97 for Jeffrey J. Weinsten before Judge Frederic Block . (Romano, Dan) (Entered: 07/01/1997) |
| 06/25/1997 | 75 | TRANSCRIPT of jury trial before Judge Block filed in case as to Jeffrey J. Weinsten for dates of 6/9/97 ; Court Reporter G. Rudolph. (Greves, Liz) (Entered: 06/26/1997) |
| 06/25/1997 | 76 | TRANSCRIPT of jury trial before Judge Block filed in case as to Jeffrey J. Weinsten for dates of 6/10/97 ; Court Reporter G. Rudolph. (Greves, Liz) (Entered: 06/26/1997) |
| 06/25/1997 | 77 | TRANSCRIPT of jury trial before Judge Block filed in case as to Jeffrey J. Weinsten for dates of 6/11/97 ; Court Reporter G. Rudolph. (Greves, Liz) (Entered: 06/26/1997) |
| 06/25/1997 | 78 | TRANSCRIPT of jury trial before Judge Block filed in case as to Jeffrey J. Weinsten for dates of 6/12/97 ; Court Reporter G. Rudolph. (Greves, Liz) (Entered: 06/26/1997) |
| 06/28/1997 | 80 | CALENDAR ENTRY as to Jeffrey J. Weinsten ; Case called before Judge Frederic Block on date of 6/18/97 for trial. Jeffrey J. Weinsten present with counsel Lawrence Hochheiser/ Felicia Reinhard; AUSA Miriam Best/Catherine Friesen present; Court Reporter M. Brymer. Charging conference held; ruling re: charge entered on the record. The governement sus up. Deft Weinsten sum up. The Government |

| Date | # | Description |
|---|---|---|
| | | gives a rebuttal summation. Trial to continue to 6/23/97 at 10:00am for additional charging conference and at 10:30am for continuation of trial. (Romano, Dan) (Entered: 07/01/1997) |
| 07/01/1997 | 81 | Order of Sustenance for Deliberating/ Lunch as to Jeffrey J. Weinsten ( Signed by Judge Frederic Block ) (Romano, Dan) (Entered: 07/01/1997) |
| 07/02/1997 | 82 | (copy w/attachments) LETTER dated 6/13/97 from Lawrence Hoccheiser, Esq., to AUSA, Miriam Best, forwarding a report of a defense expert witness, John Germain. (Asreen, Wendy) (Entered: 07/02/1997) |
| 07/02/1997 | 83 | LETTER dated 6/13/97 from Lawrence Hoccheiser, Esq., to AUSA, Miriam Best, provindg summaries and curricula vitae of the experts the defense intends to call at trial. (Asreen, Wendy) (Entered: 07/02/1997) |
| 07/10/1997 | 87 | TRANSCRIPT filed in case as to Jeffrey J. Weinsten for trial before Judge Block on 6/16/97 ; Court Reporter: M. Brymer. (Romano, Dan) (Entered: 07/14/1997) |
| 07/10/1997 | 88 | TRANSCRIPT filed in case as to Jeffrey J. Weinsten for trial by jury before Judge Block on 6/17/97; Court Reporter: M. Brymer (Romano, Dan) (Entered: 07/14/1997) |
| 07/10/1997 | 89 | TRANSCRIPT filed in case as to Jeffrey J. Weinsten for trial by jury before Judge Block on 6/18/97; Court Reporter: M. Brymer. (Romano, Dan) (Entered: 07/14/1997) |
| 07/10/1997 | 90 | TRANSCRIPT filed in case as to Jeffrey J. Weinsten for tril by jury before Judge Block on 6/23/97; Court Reporter: M. Brymer. (Romano, Dan) (Entered: 07/14/1997) |
| 07/14/1997 | 86 | Letter MOTION by Jeffrey J. Weinsten in limine in opposition to the Government's anticipated offer into evidence of the testimony of Leigh Owens, Esq. . (Romano, Dan) (Entered: 07/14/1997) |
| 07/18/1997 | 91 | LETTER dated 7/14/97 from Lawrence Hochheiser to Judge Block, requesting an enlargement of time to submit deft's Rule 29 motion form 7/21/97 to 8/22/97. (Romano, Dan) (Entered: 07/18/1997) |
| 07/18/1997 | | ENDORSED ORDER as to Jeffrey J. Weinsten, request granted extending time until 8/22/97 to submit deft's Rule 29 motion . ( Judge Frederic Block , dated 7/15/97). c/m (Romano, Dan) (Entered: 07/18/1997) |
| | | |

| Date | No. | Entry |
|---|---|---|
| 08/04/1997 | 92 | SEALED DOCUMENT as to Jeffrey J. Weinsten. Jury notes. Placed in vault. (Romano, Dan) (Entered: 08/04/1997) |
| 08/20/1997 | 93 | CALENDAR ENTRY as to Jeffrey J. Weinsten ; Case called before Judge Frederic Block on date of 7/23/97 for jury trial. Jeffrey J. Weinstein present with counsel Lawrence Hochheser; AUSA Miriam Best prestn; Court Reporter M. Bymer. Jury trial ends. Deft is found Guilty on count(s) 1-3 . Sentencing to be set by Probation. (Romano, Dan) (Entered: 08/20/1997) |
| 08/22/1997 | 94 | LETTER dated 7/14/97 from Lawrence Hochheiser to Judge Blcok, requesting an enlargement of time for submission of the deft's Rule 29 motion form 7/21/97 to 8/22/97. (Romano, Dan) (Entered: 08/22/1997) |
| 08/22/1997 | | ENDORSED ORDER as to Jeffrey J. Weinsten extending time for deft to submit their Rule 29 motion to 8/22/97. ( Judge Frederic Block , dated 7/14/97). c/m (Romano, Dan) (Entered: 08/22/1997) |
| 08/22/1997 | 95 | MEMORANDUM by Jeffrey J. Weinsten in support of his motion for a judgment of acquittal. (Greves, Liz) (Entered: 08/26/1997) |
| 08/22/1997 | 96 | MOTION by Jeffrey J. Weinsten for Judgment of Acquittal. Motion hearing at a time & place to be set by the Court. (Greves, Liz) (Entered: 08/26/1997) |
| 09/15/1997 | 97 | LETTER dated 9/8/97 from Miriam Best to Judge Block, requesting additional time in which to file its response to deft's Rule 29 motion. (Romano, Dan) (Entered: 09/15/1997) |
| 09/15/1997 | | ENDORSED ORDER as to Jeffrey J. Weinsten, extending time until 10/6/97 for the government to file its response to deft's Rule 29 motion. ( Judge Frederic Block , dated 9/8/97). c/m (Romano, Dan) (Entered: 09/15/1997) |
| 09/26/1997 | 99 | TRANSCRIPT of status conference before Judge Block filed in case as to Jeffrey J. Weinsten for dates of 6/6/97. Court Transcriber: Shari Riemer of TypeWrite Word Processing Service. (Greves, Liz) (Entered: 09/29/1997) |
| 09/29/1997 | 98 | ORDER as to Jeffrey J. Weinsten modifying his bail travel conditions. ( Signed by Judge Frederic Block , )(endorsed on letter dated 9/24/97 from Lawrence Hochheiser to Judge Block). (Dobkin, David) (Entered: 09/29/1997) |
| 10/14/1997 | 100 | FAX COPY LETTER dated 10/9/97 from Lawrence Hochheiser to Judge Block, requesting extension of the time until 10/22/97 for |

| | | |
|---|---|---|
| | | submission of the defts. reply motion to the government's opposition to defense's Rule 29 motion currently due on 10/14/97. (Greene, Donna) (Entered: 10/14/1997) |
| 10/14/1997 | | ENDORSED ORDER on doc. 100 as to Jeffrey J. Weinsten. Permission granted and extension of deadline for filing reply papers set at 10/22/97. ( Judge Frederic Block , dated 10/10/97). (Greene, Donna) (Entered: 10/14/1997) |
| 10/14/1997 | 101 | LETTER dated 10/7/97 from Lawrence Hochheiser to Judge Block, on 9/26/97 Your Honor "so ordered" his request to allow Jeffrey Weinsten to trave to Sweden for the dates 10/4/97 through 10/9/97. Because his trip, however, was delayed until Nov. 8-13, 1997, Mr. Hochheiser requests that the so-ordered status be applied to the new dates. (Greene, Donna) (Entered: 10/14/1997) |
| 10/14/1997 | | ENDORSED ORDER on doc. #101 as to Jeffrey J. Weinsten. Because Mr. Weinsten trip was delayed, travel time extended to 11/8-13. ( Judge Frederic Block , dated 10/10/97). (Greene, Donna) (Entered: 10/14/1997) |
| 10/22/1997 | 102 | Faxed Copy of a LETTER dated 10/20/97 from Lawrence Hochheiser, to Judge Block, requesting an extension of time until 10/31/97 for submission of defendant's Reply to the Government's Opposition to Defense's Rule 29 Motion. (Murphy, Margaret) (Entered: 10/22/1997) |
| 10/22/1997 | | ENDORSED ORDER on document #102 as to Jeffrey J. Weinsten, GRANTING the request for an extension of time until 10/31/97 for submission of defendant's Reply to the Government's Opposition to Defense's Rule 29 Motion. ( Judge Frederic Block , dated 10/20/97) (Murphy, Margaret) (Entered: 10/22/1997) |
| 11/10/1997 | 103 | REPLY MEMORANDUM of LAW by Jeffrey J. Weinsten in support of his [96-1] motion for Judgment of Acquittal. (Dobkin, David) (Entered: 11/10/1997) |
| 01/12/1998 | 104 | MEMORANDUM by USA as to Jeffrey J. Weinsten in opposition to defendant's [96-1] motion to set aside the verdict. (Guzzi, Roseann) (Entered: 01/12/1998) |
| 01/12/1998 | 105 | GOVERNMENT'S EXHIBITS Volume I (GX 101 et seq. through GX 401 et seq.) Volume II (GX 501 et seq.-GX 903; GX 22,001-GX 22, 002). (Guzzi, Roseann) (Entered: 01/12/1998) |
| 01/12/1998 | 106 | GOVERNMENT'S SUPPLEMENTAL EXHIBIT LIST by USA as to Jeffrey J. Weinsten. (Guzzi, Roseann) (Entered: 01/12/1998) |

| | | |
|---|---|---|
| 01/27/1998 | 107 | MEMORANDUM AND ORDER dated 1/6/98 as to Jeffrey J. Weinsten denying defendant's [96-1] motion for Judgment of Acquittal as to Jeffrey J. Weinsten (1). C/M ( Signed by Judge Frederic Block, dated: 1/6/98) (Guzzi, Roseann) (Entered: 01/27/1998) |
| 01/27/1998 | 108 | NOTICE of Hearing as to Jeffrey J. Weinsten :, Reset Sentencing for 2:30 on 3/27/98 for Jeffrey J. Weinsten before Judge Frederic Block . (Guzzi, Roseann) (Entered: 01/27/1998) |
| 02/24/1998 | 109 | LETTER dated 2/24/98 from Miriam R. Best to Emily A. Spector, Senior Probation Officer, that the government objects to the presentence report because it fails to include enhancements. (Guzzi, Roseann) (Entered: 02/25/1998) |
| 02/25/1998 | 110 | LETTER dated 2/25/98 from Lawrence Hochheiser to AUSA Miriam Best advising that Mr. Weinsten's sentencing has been rescheduled for 3/31/98. (Guzzi, Roseann) (Entered: 03/05/1998) |
| 03/31/1998 | 111 | CALENDAR ENTRY as to Jeffrey J. Weinsten; Case called before Judge Frederic Block on date of 3/31/98 for sentencing. AUSA Miriam Best. Lawrence Hochheiser for the defendant. Court Reporter/Henry LeGendre. Defendant is sentenced to Counts 1, 2, 3 and receives 1 years probation, 6 months home detention; $36,000.00 restitution to be paid before the completion of probation, $2,000.00 fine, $150.00 special assessment fee. (Guzzi, Roseann) (Entered: 04/03/1998) |
| 03/31/1998 | | Sentencing held on 3/31/98 before Judge Block as to Jeffrey J. Weinsten (1) count(s) 1-3. (Guzzi, Roseann) (Entered: 04/03/1998) |
| 04/03/1998 | 112 | JUDGMENT dated 3/31/98 as to Jeffrey J. Weinsten (1) count(s) 1-3. Defendant is sentenced to Counts 1-3 and receives 1 year probation with the special condition that he serve 6 months of home confinement; that he pay a fine of $2,000.00; and that he make restitution to the U.S. Coast Guard in the sum of $36,000.00. The fine and restitution in the combined sum of $38,000.00 shall be paid on or before one day prior to the end of probation. Special assessment of $150.00. ( Signed by Judge Frederic Block, Dated 3/31/98) (Guzzi, Roseann) (Entered: 04/03/1998) |
| 04/07/1998 | 113 | NOTICE OF APPEAL by Jeffrey J. Weinsten (1) count(s) 1-3. Fee Paid $ 105.00 Receipt # 205632. The defendant appeals the judgment that was entered on 4/3/98. Forms distributed. USCA notified. Judge notified. (Gonzalez, Mary) (Entered: 04/07/1998) |
| 04/07/1998 | | Notice of appeal and certified copy of docket as to Jeffrey J. Weinsten to USCA: [113-1] appeal (Gonzalez, Mary) (Entered: |

| | | |
|---|---|---|
| | | 04/07/1998) |
| 04/15/1998 | 114 | LETTER dated 3/30/98 from AUSA Miraim R. Best to Judge Block in opposition to defendant's memorandum of sentencing. (Guzzi, Roseann) (Entered: 04/15/1998) |
| 04/20/1998 | 115 | USCA Scheduling Order: as to Jeffrey J. Weinsten [113-1] appeal Appeal Record due by 5/4/98 for Jeffrey J. Weinsten USCA Number: 98-1199 Appellant's brief due 6/2/98. Appellee's brief due 6/16/98. Argument set for 8/17/98. (Gonzalez, Mary) (Entered: 04/20/1998) |
| 05/28/1998 | 116 | LETTER dated 5/11/98 from Jeffrey J. Weinsten to Judge Block requesting that Court grant his application to continue his weekend activity as Chief Coach of North Salem AYSO Soccer by permitting himn to observe & participate in the home games on Saturdays & Sundays. (Greves, Liz) (Entered: 05/28/1998) |
| 05/29/1998 | | Certified and transmitted (INDEX) record on appeal to U.S. Court of Appeals as to Jeffrey J. Weinsten : [113-1] appeal . Acknowledgment requested. (Gonzalez, Mary) (Entered: 05/29/1998) |
| 06/10/1998 | 117 | Satisfaction of Judgment as to Jeffrey J. Weinsten in the sum of of $38,150.00. (Guzzi, Roseann) (Entered: 06/12/1998) |
| 06/12/1998 | 118 | Acknowledgment from USCA received for the (INDEX) that was sent to the USCA as to Jeffrey J. Weinsten RE: [113-1] appeal (Gonzalez, Mary) (Entered: 06/12/1998) |
| 12/15/1998 | | Certified and transmitted record on appeal to U.S. Court of Appeals as to Jeffrey J. Weinsten : [113-1] appeal . Acknowledgment requested. PLEASE NOTE: THIS RECORD IS BEING SENT TO DARYL EASON. (Gonzalez, Mary) (Entered: 12/15/1998) |
| 02/26/1999 | 119 | MANDATE OF USCA (certified copy) as to Jeffrey J. Weinsten Re: [113-1] appeal affirming judgment/order Jeffrey J. Weinsten (1) count(s) 1-3 . The judgment of the District Court is affirmed. Judge notified. Ackn mailed. Issued as mandate on 2/17/99. USCA # 98-1199. (Gonzalez, Mary) (Entered: 02/26/1999) |
| 02/26/1999 | 120 | CORRECTED MANDATE OF USCA (certified copy) as to Jeffrey J. Weinsten Re: affirming judgment/order Jeffrey J. Weinsten (1) count(s) 1-3 Issued as mandate on 2/17/99. Judge notified. Ackn mailed. USCA # 98-1199. (Gonzalez, Mary) (Entered: 02/26/1999) |
| 08/03/1999 | 121 | Record on Appeal as to Jeffrey J. Weinsten returned from U.S. Court of Appeals: [113-1] appeal including documents numbered 1, 3-37, 39-50, 52-76, 79-85, 91 and 93-115. [Copy of this receipt sent to Fred |

| | | |
|---|---|---|
| | | Nunnery c/o Court of Appeals.] (Vaughn, Terry) (Entered: 08/03/1999) |
| 08/03/1999 | 122 | Record on Appeal as to Jeffrey J. Weinsten returned from U.S. Court of Appeals: [113-1] appeal including documents numbered 77 & 78. [Copy of this receipt sent to Fred Nunnery c/o Court of Appeals.] (Vaughn, Terry) (Entered: 08/03/1999) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/30/2004 11:21:59 | | | |
| PACER Login: | pb0498 | Client Code: | 021867.0101 |
| Description: | Docket Report | Case Number: | 1:96-cr-00702-FB |
| Billable Pages: | 10 | Cost: | 0.70 |