GOODMAN WEISS MILLER LLP
100 ERIEVIEW PLAZA, 27TH FLOOR
CLEVELAND, OHIO 44114-1882

TELEPHONE: (216) 696-3366
FAX: (216) 363-5835

January 15, 2004

**VIA OVERNIGHT DELIVERY**

Richard J. Oparil, Esq.
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, DC 20037-1350

Re:  *Sanitec West, et al. v. Delloiacovo, et al.*
United States District Court, Northern District of Ohio
Case No. 01-02-1582-DCN
*Finch, et al. v. Fiorini, et al.*
United States District Court, Southern District of Ohio
Case No. C-1-02-132

Dear Mr. Oparil:

In anticipation of receiving and reviewing your documents, I enclose herewith copies of documents numbered Sanitec, Ltd. 00001 through Sanitec, Ltd. 00071.

Sincerely,

GOODMAN WEISS MILLER LLP

Kimberly Y. Smith

KYS:sad
Enclosures
cc:  Steven J. Miller, Esq. *(w/out encl.)*

**EXHIBIT F**