**Reece, Amy**

| | |
|---|---|
| **From:** | Oparil, Richard |
| **Sent:** | Saturday, January 17, 2004 8:27 PM |
| **To:** | 'sanitecwestjh@sbcglobal.net'; 'rfirestone@firestonelanghorne.com'; Reece, Amy |
| **Subject:** | Fw: sanitec |

Richard J. Oparil
Patton Boggs LLP
2550 M Street, N.W.
Washington, D.C.  20037-1350
(202) 457-6496
(202) 669-2257 (cell)
(202) 457-6315 (fax)
roparil@pattonboggs.com


-----Original Message-----
From: Steven J. Miller <miller@goodmanweissmiller.com>
To: Oparil, Richard <ROparil@PattonBoggs.com>
Sent: Sat Jan 17 09:36:39 2004
Subject: Re: sanitec

i assume so,
but i will meet with kimberly and go over everything next week
(can't do so monday or tuesday, though)
she's got your packet, so i'll hear about that then too
have a good weekend
hope it's warmer there than here


"Oparil, Richard" wrote:

> Yes it was -- but I did not see any documents going to the issue of who has the ownership interest in Windsor Holdings.
I trust you have produced everything that is discoverable on that question.
>
> Richard J. Oparil
> Patton Boggs LLP
> 2550 M Street, N.W.
> Washington, D.C.  20037-1350
> (202) 457-6496
> (202) 669-2257 (cell)
> (202) 457-6315 (fax)
> roparil@pattonboggs.com
>
> -----Original Message-----
> From: Steven J. Miller [mailto:miller@goodmanweissmiller.com]
> Sent: Friday, January 16, 2004 4:01 PM
> To: Oparil, Richard
> Subject: sanitec
>
> fed ex received i trust
>
> DISCLAIMER:
> This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read,
copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) at (202) 457-
6000 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.
>

1

# EXHIBIT G

> This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated. To learn more about our firm, please visit our website at http://www.pattonboggs.com.