## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **MILDRED W. FINCH,** *et al.,* | ) | **CASE NO. 1:02 CV 132** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **JUDGE SANDRA S. BECKWITH** |
| **vs.** | ) | |
| | ) | **SUPPLEMENT TO** |
| **GEORGE FIORINI, DBA FIORINI** | ) | **RESPONSE OF DEFENDANT** |
| **AGENCY,** *et al.,* | ) | **SANITEC, LTD. TO THE** |
| | ) | **JANUARY 16, 2004 SHOW CAUSE** |
| **Defendants.** | ) | **ORDER** |

At page 2 of the "Response Of Defendant Sanitec, Ltd. To The January 16, 2004 Show Cause Order" ("Response"), the undersigned indicated to this Court that they would supplement the Response with a copy of the written response to Goodman's February 2, 2004 brief as filed in the United States District Court For The Northern District Of Ohio, Eastern Division (Case No. 1:02 CV 01582). That document is attached hereto for this Court's review.

Respectfully submitted,

/s/ Dan L. Makee
DAN L. MAKEE (0029602)
Trial Attorney
McDonald Hopkins Co., LPA
2100 Bank One Center, 600 Superior Avenue, East
Cleveland, Ohio 44114-2653
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
E-Mail:        dmakee@mcdonaldhopkins.com

OF COUNSEL:

/s/ Richard J. Oparil
RICHARD J. OPARIL (D.C. Bar No. 409723)
Admitted Pro Hac Vice (11/19/03)
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC 20037-1350
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
E-Mail:        roparil@pattonboggs.com

Attorneys for Defendant Sanitec, Ltd.

{481939:}

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing Supplement To Response Of Defendant Sanitec, Ltd. To The January 16, 2004 Show Cause Order was filed electronically with this Court on this 20th day of February, 2004.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/      Dan L. Makee

DAN L. MAKEE (0029602)
McDonald Hopkins Co., LPA
2100 Bank One Center
600 Superior Avenue, East
Cleveland, Ohio 44114-2653
Telephone:  (216) 348-5400
Facsimile:  (216) 348-5474
E-Mail:      dmakee@mcdonaldhopkins.com

{481939;}