# California Business Portal
## Secretary of State Kevin Shelley

**DISCLAIMER:** The information displayed here is current as of Feb 6, 2004 and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

| LP/LLC | | |
|---|---|---|
| WINDSOR HOLDINGS, LLC | | |
| **Number:** 200120010070 | **Date Filed:** 7/17/2001 | **Status:** active |
| **Jurisdiction:** CALIFORNIA | | |
| **Principal Address** | | |
| 17555 VENTURA BLVD #200 | | |
| ENCINO, CA 91316 | | |
| **Agent for Service of Process** | | |
| DAVID KAYE | | |
| 17555 VENTURA BLVD #200 | | |
| ENCINO, CA 91316 | | |

Fees and instructions for requesting certification of limited partnership and/or limited liability company records are included on the LP/LLC Records Order Form.

Blank fields indicate the information is not contained in the computer file.

If the agent for service of process is a corporation, the address of the agent must be requested in writing. Fees and instructions for requesting this information are included on the Corporate Records Order Form.

# California Business Portal

Secretary of State Kevin Shelley

SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & GOLDEN STATE MUSEUM | SPECIAL PROGRAMS

**Business Portal**
- California Business Portal Home Page
- Starting a Business
- Secretary of State Home Page
- Site Search

**Business Search LP/LLC**
- New Search
- LLC Main Page
- LP Main Page
- LLC FAQS
- LP FAQS
- Search Tips
- Field Definitions
- Status Definitions
- Records Order Form
  - Certificates
  - Copies
  - Status Printouts
- New Search

## Limited Partnerships/Limited Liability Companies — LP/LLC

The information displayed here is current as of "Feb 6, 2004" and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

| LP/LLC | | |
|---|---|---|
| WINDSOR HOLDINGS, LLC | | |
| Number: | Date Filed: | Status: active |
| Jurisdiction: CALIFORNIA | | |
| Principal Address | | |
| 17555 VENTURA BLVD #200 | | |
| ENCINO, CA 91316 | | |
| Agent for Service of Process | | |
| DAVID KAYE | | |
| 17555 VENTURA BLVD #200 | | |
| ENCINO, CA 91316 | | |

[Printer Friendly]

**New Search**

- Fees and instructions for requesting certification of limited partnership and/or limited liability company records are included on the **LP/LLC Records Order Form**.
- Blank fields indicate the information is not contained in the computer file.
- If the agent for service of process is a corporation, the address of the agent must be requested in writing. Fees and instructions for requesting this information are included on the **Corporate Records Order Form**.

Copyright ©2001 California Secretary of State. Privacy Statement.