# In The Matter Of:

*Sanitec West, et al.   v.*
*Joseph Delloiacovo, et al.*

*Jeffrey Weinsten*
Vol. 2, January 27, 2003

Mehler & Hagestrom
Court Reporters
1750 Midland Building
101 West Prospect Avenue
Cleveland, OH  44115
(216) 621-4984    FAX: (216) 621-0050

Original File 030127JW.V1, 95 Pages
Min-U-Script® File ID: 1609248334

**Word Index included with this Min-U-Script®**

S-PB000675

Page 148

[1]     IN THE UNITED STATES DISTRICT COURT
[2]     NORTHERN DISTRICT OF OHIO - EASTERN DIVISION
[3] SANITEC WEST, et al.,
[4]     Plaintiffs,
                JUDGE NUGENT
[5]     -vs-          NO. 1-02-01582-DCN
                VOLUME II
[6] JOSEPH DELLOIACOVO,
    et al.,
[7]
            Defendants.
[8]
[9]
[10]    Continued deposition of JEFFREY WEINSTEN,
[11] taken as if upon cross-examination before Pamela
[12] S. Greenfield, a Registered Diplomate Reporter,
[13] Certified Realtime Reporter and Notary Public
[14] within and for the State of Ohio, at the offices
[15] of Walter & Haverfield, 1300 Terminal Tower,
[16] Cleveland, Ohio, at 5:22 p.m. on Monday, January
[17] 27, 2003, pursuant to notice and/or stipulations
[18] of counsel, on behalf of the Defendants in this
[19] cause.
[20]
[21]        MEHLER & HAGESTROM
            Court Reporters
[22]
        CLEVELAND         AKRON
[23] 1750 Midland Building   1015 Key Building
     Cleveland, Ohio 44115   Akron, Ohio 44308
[24] 216.621.4984           330.535.7300
     FAX 621.0050           FAX 535.0050
[25] 800.822.0650           800.562.7100

Page 149

[1] APPEARANCES:

[2]     David M. Cuppage, Esq.

        Climaco, Lefkowitz, Peca, Wilcox & Garofoli

[3]     1228 Euclid Avenue

        900 Halle Building

[4]     Cleveland, Ohio 44115

        (216) 621-8484,

[5]
            On behalf of the Plaintiffs;

[6]
        Kimberly Y. Smith, Esq.

[7]     Goodman, Weiss, Miller, LLP

        100 Erieview Plaza, 27th Floor

[8]     Cleveland, Ohio 44114

        (216) 696-3366,

[9]
            On behalf of Jeffrey Weinsten;

[10]
        Peter J. Walsh, Jr., Esq.

[11]    Potter, Anderson & Corroon

        Hercules Plaza, 1313 North Market Street

[12]    Wilmington, Delaware 19899

        (302) 984-6000,

[13]
            On behalf of the Defendants

[14]        and Counterclaim Plaintiffs;

[15]    James L. McCrystal, Jr., Esq.

        Brzytwa, Quick & McCrystal

[16]    900 Skylight Office Tower

        Cleveland, Ohio 44113-1411

[17]    (216) 664-6900,

[18]        On behalf of the Defendants

            Barbara L. Sager and Coolidge,

[19]        Wall, Womsley & Lombard.

[20] ALSO PRESENT:

[21]    Joseph Delloiacovo

[22]

[23]

[24]

[25]

Page 150

WITNESS INDEX

PAGE

CONTINUED CROSS-EXAMINATION
JEFFREY WEINSTEN
BY MR. WALSH............................. 151

EXHIBIT INDEX

EXHIBIT                                MARKED

Weinsten Exhibit 21, handwritten note
with attached draft distributor
agreement.................................. 158

Weinsten Exhibit 22, January 31,
2000 distributor agreement............. 164

Weinsten Exhibit 23, January 31,
2000 distributor agreement............. 164

Weinsten Exhibit 24, January 8th,
2002 Action in Lieu of Meeting, Written
Consent by the Sole Director of Sanitec
Worldwide, Limited........................ 175

Weinsten Exhibit 24 was remarked ........ 186

Weinsten Exhibit 25, January 29,
2002 Minutes of the Special Meeting
of the Board of Directors of the Board
of Sanitec, Limited......................... 186

Weinsten Exhibit 26, Weinsten letter to
David and Terry........................... 186

Weinsten Exhibit 27, January 30, 2002
executed distributor agreement........... 187

Weinsten Exhibit 28, draft distributor
agreement................................. 189

Page 151

JEFFREY WEINSTEN, of lawful age, called by the Defendants for the purpose of cross-examination, as provided by the Rules of Civil Procedure, being by me first duly sworn, as hereinafter certified, deposed and said as follows:

**CONTINUED CROSS-EXAMINATION OF JEFFREY WEINSTEN**
**BY MR. WALSH:**

Q: Good afternoon, Mr. Weinsten. We meet once again in Ohio instead of Delaware.

We will treat this as a continuation of your earlier deposition if that's okay with you and your counsel.

MS. SMITH: That's fine.

Q: Okay. Mr. Weinsten, have there been any changes in the ownership of Sanitec, Limited since we last spoke?

A: No.

Q: So as of today, Mr. Quinn still owns approximately 52 percent of Sanitec Worldwide and you own the minority interest in Sanitec Worldwide?

A: No. Windsor Holdings owns 51 percent of Sanitec Worldwide and Salem Associates owns 49 percent of Sanitec Worldwide, Sanitec Worldwide.

Page 152

Q: And as far as you know, Mr. Quinn owns Windsor Holdings; is that correct?

A: I don't know that.

Q: You believe that to be the case, though?

A: No. Mr. Quinn has just, he speaks on behalf of Windsor Holdings but I don't know who owns Windsor Holdings.

Q: Have you since acquired any other interest in any Sanitec company, since we last spoke?

A: No.

Q: Did you review any documents or meet with anybody in preparation for your deposition this afternoon?

A: My attorneys.

Q: Did you meet with anybody outside the presence of your attorneys?

A: No.

Q: Did you review any documents?

A: I believe I went over some of the documents relating to the distribution agreement between Sanitec, Limited and Sanitec West.

Q: Did you review any other documents besides those?

A: I did have an opportunity to scan some of the documents that were provided by Mr. Climaco's law firm in a couple of notebooks.