```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                      WESTERN DIVISION
```

Mildred W. Finch, et al.,          )
                                   )
                   Plaintiffs,     )  Case No. 1:02-CV-132
                                   )
     vs.                           )
                                   )
George Fiorini, et al.,            )
                                   )
                   Defendants.     )

<u>Show Cause Order</u>

On July 27, 2004, Plaintiffs filed a motion for leave to file a third amended complaint in this matter (Doc. 105). To date, none of the Defendants has filed a memorandum in opposition to that motion, and the time allotted by Southern District of Ohio Local Rule 7.2 for the filing of such a memorandum has expired. Accordingly, the Court hereby **ORDERS** Defendants to **SHOW CAUSE**, on or before September 10, 2004, for the denial of Plaintiffs' motion. In the event that Defendants do not timely respond to this Show Cause Order, the Court will consider Plaintiffs' motion without benefit of opposing memoranda. In the event that one or more of Defendants timely responds, Plaintiffs may file a reply memorandum on or before September 21, 2004.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　Sandra S. Beckwith
　　　　　　　　　　　　　　　　　　　　United States District Judge