**RECEIVED**

**SEP 0 1 2004**

**JAMES BONINI, Clerk**
**CINCINNATI, OHIO**

```
MIME-Version:1.0
From:cmecfhelpdesk@ohsd.uscourts.gov
To:ecf.notification@ohsd.uscourts.gov
Bcc:barbara_crum@ohsd.uscourts.gov,arthur_hill@ohsd.uscourts.gov,dmakee@mcdonaldhopk
Message-Id:<357559@ohsd.uscourts.gov>
Subject:Activity in Case 1:02-cv-00132-SSB-TSH Finch, et al v. Fiorini, et al "Order
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Southern District of Ohio

Notice of Electronic Filing

The following transaction was received from mb, entered on 8/30/2004 at 11:58 AM EDT and filed on 8/30/2004

**Case Name:**       Finch, et al v. Fiorini, et al
**Case Number:**    1:02-cv-132
**Filer:**
**Document Number:** 106

**Docket Text:**
ORDER TO SHOW CAUSE on pltfs' motion for leave to file 3rd amended complaint. Defts' response due 9/10/04. Reply due 9/21/04. Signed by Judge Sandra S Beckwith on 8/30/04. (mb)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=8/30/2004] [FileNumber=357557-0]
[867b31a68135165613fff3d32902bd1b7b938886aaac1abf65d0a485d01f61164543
9a15caf2e920338dece740edc8140d175ecd33e5741cd9234a3fcde86b24]]

**1:02-cv-132 Notice will be electronically mailed to:**

Patrick John Hanley     p.hanley@worldnet.att.net

Dan L Makee     dmakee@mcdonaldhopkins.com, lpiazza@mcdonaldhopkins.com

Richard J Oparil     roparil@pattonboggs.com,

Scott D Simpkins     sdsimp@climacolaw.com,

**1:02-cv-132 Notice will not be electronically mailed to:**

OFFICE OF THE CLERK
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM #324
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS

 

RETURN TO SENDER
NO LONGER AT THIS ADDRESS

Stephen R. Ventre
Guardian Investments