UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MILDRED W. FINCH, *et al.*, | ) | CASE NO. 1:02 CV 132 |
| Plaintiffs, | ) | |
| vs. | ) | JUDGE SANDRA S. BECKWITH |
| GEORGE FIORINI, DBA FIORINI AGENCY, *et al.*, | ) | SANITEC INDUSTRIES, INC.'S MOTION TO INTERVENE |
| Defendants. | ) | FOR LIMITED PURPOSE |

Pursuant to Fed. R. Civ. P. 24, Sanitec Industries, Inc. ("SII") seeks an Order from this Court allowing it to intervene as a nominal defendant, solely for the limited purpose of responding to this Court's Show Cause Order dated August 30, 2004 (Docket No. 106), and to seek the denial of plaintiffs' motion for leave to file a third amended complaint (Docket No. 105). SII has legal interests herein that are not being adequately represented by the current parties.

For the reasons more fully set forth in the attached memorandum in support, SII respectfully requests an Order allowing it to intervene in this action. A proposed Order is attached hereto for the Court's convenience.

{547556:}

Dated: September 10, 2004

Respectfully submitted,

_____/s/_____Dan L. Makee_____
DAN L. MAKEE (0029602)
McDonald Hopkins Co., LPA
Suite 2100
600 Superior Avenue, East
Cleveland, Ohio 44114-2653
Telephone:  (216) 348-5400
Facsimile:  (216) 348-5474
E-Mail:  dmakee@mcdonaldhopkins.com

*An Attorney for Proposed Intervenor Sanitec Industries, Inc.*

*Of Counsel:*

RICHARD J. OPARIL (D.C. Bar No. 409723)
Patton Boggs LLP
2550 M Street, NW
Washington, DC  20037
Telephone:  (202) 457-6000
Facsimile:  (202) 457-6315
E-Mail:  roparil@pattonboggs.com

{547556:}

- 3 -

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Motion to Intervene was filed electronically with this Court on this 10th day of September, 2004 and that all parties will be served via the Court's electronic filing system, with a copy also being served via regular U.S. Mail on this same date to:

        William B. Singer, Esq.
        621 East Mehring Way, #1609
        Cincinnati, Ohio 45202

        Attorney for Plaintiff

        /s/   Dan L. Makee
        DAN L. MAKEE (0029602)
        McDonald Hopkins Co., LPA
        Suite 2100
        600 Superior Avenue, East
        Cleveland, Ohio 44114-2653
        Telephone:  (216) 348-5400
        Facsimile:   (216) 348-5474
        E-Mail:       dmakee@mcdonaldhopkins.com