IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mildred W. Finch, et al.,            )
                                     )
            Plaintiffs,              )   Case No. 1:02-CV-132
                                     )
    vs.                              )
                                     )
George Fiorini, et al.,              )
                                     )
            Defendants.              )

## Order

The motion to intervene filed by Sanitec Industries, Inc. is hereby **GRANTED**, AND Sanitec Industries, Inc. is permitted to intervene as a nominal defendant, solely for the limited purpose of responding to this Court's Show Cause Order dated August 30, 2004 (Docket No. 106), and to seek the denial of plaintiffs' motion for leave to file a third amended complaint (Docket No. 105).

**IT IS SO ORDERED.**

                                    _____
                                    Sandra S. Beckwith
                                    United States District Judge

{547558:}