

PLATINUM
funding corp.

May 1, 2003

Mr. Joseph Delloiacovo
Managing Member
Sanitec Group, LLC
23 Fairfield Place
West Caldwell, NJ 07006

    RE:    Factoring Agreement by and between
            Sanitec Group LLC ("Sanitec")
            and Platinum Funding Corp. ("Platinum")
            dated as of March 1, 2002 (the "Factoring Agreement")

Dear Mr. Delloiacovo:

    This letter will serve as written notice as provided for in the Factoring Agreement that Platinum hereby elects, pursuant to paragraph 9 of the Factoring Agreement, to terminate the Factoring Agreement based upon the failure by Sanitec, for a period of forty-five (45) days, to deliver any Accounts Receivable to Platinum for purchase.

    Please note that Sanitec and the guarantors are liable for the No Delivery Fee as set forth in the Factoring Agreement.

                                            Very truly yours,

                                           PLATINUM FUNDING CORP.

                                        By: _____
                                               Mark D. Weinberg, President