FILED
SUPERIOR COURT OF NEW JERSEY

MAR 5 2004

MARGUERITE T. SIMON
P.J.S.C.

Fox ROTHSCHILD LLP
Formed in the Commonwealth of Pennsylvania
BY:   Roberto A. Rivera-Soto, Esq.
      Thomas R. Hower, Esq.
Princeton Pike Office Park
997 Lenox Drive – Building 3
Lawrenceville, New Jersey 08648-2311
(609) 896-3600

ATTORNEYS FOR PLAINTIFF SANITEC INDUSTRIES, INC.

| | |
|---|---|
| SANITEC INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SANITEC GROUP, LLC; JOSEPH DELLOIACOVO; WAYNE DANSON; GUARDIAN INVESTMENTS, LLC, <br><br> Defendants. | SUPERIOR COURT OF NEW JERSEY <br> CHANCERY DIVISION:BERGEN COUNTY <br><br> DOCKET NO.: F-22524-03 <br><br> CIVIL ACTION <br><br> **FINAL JUDGMENT <br> IN FORECLOSURE** |

**THIS MATTER** having been opened to the Court on the application of Fox Rothschild LLP, attorneys for plaintiff Sanitec Industries, Inc. ("**Plaintiff**"), and it appearing that the Summons and Complaint in Foreclosure have been duly issued and served upon the defendant Sanitec Group, LLC ("**Defendant Group**") and Guardian Investment, LLC ("**Defendant Guardian**"), in accordance with the Rules of this Court, and Defendant Group and Defendant Guardian having failed to answer or otherwise respond to Plaintiff's Complaint in Foreclosure and their default having been entered by

LV1 239693v3 02/06/04

the Clerk of the Court, and it further appearing that defendants Joseph Delloiacovo and Wayne Danson have executed Consent Judgments which have been filed with the Court with respect to this Complaint in Foreclosure; and the Court having considered the plaintiff's submissions in support of a final judgment by default and good cause otherwise appearing;

It is on this ___5___ day of ___March___, 2004 hereby,

1.  **ORDERED, ADJUDGED and DECREED** that all of Defendant Group's right, title and interest in U.S. Patent No. 5,270,000 be and the same is hereby transferred and assigned to plaintiff; and it is hereby

2.  **FURTHER ORDERED, ADJUDGED and DECREED** that all of Defendant Group's right, title and interest in the License Agreement with Micro-Waste Corporation ("License Agreement") and the U.S. Trademark Serial Numbers 75/848,407 and U.S. Trademark Registration No 1,991,211 and U.S. Trademark Registration No. 2,238,405 (collectively "Trademarks") be and the same are hereby transferred and assigned to plaintiff; and it is hereby

3.  **FURTHER ORDERED, ADJUDGED and DECREED** that Defendant Group and Defendant Guardian are each foreclosed and barred from and against all equity and right of redemption in and to any of the Collateral under the Security Agreement, including, without limitation, all of Defendant Group's interest in U.S. Patent No. 5,270,000, the License Agreement and the Trademarks.

BY THE COURT:

_____
HON. MARGUERITE T. SIMON, P.J.Ch.

LV1 239693v3 02/06/04