

## UNITED STATES PATENT AND TRADEMARK OFFICE

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

JUNE 16, 2004

PTAS



*102612814A*

PATTON BOGGS, LLP
JENNIFER L. KING
8484 WESTPARK DRIVE
9TH FLOOR
MCLEAN, VA 22102

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723.
PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE,
ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY,
SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 11/26/2003          REEL/FRAME: 014725/0754
                                      NUMBER OF PAGES: 3

BRIEF:  ASSIGNMENT OF FACTORING AGREEMENTS AND SECURITY AGREEMENTS

ASSIGNOR:
   PLATINUM FUNDING CORP.              DOC DATE: 11/24/2003

ASSIGNEE:
   SANITEC INDUSTRIES, INC.
   2550 M. STREET, NW
   C/O RICHARD J. OPARIL, ESQ.,
     PATTON BOGGS, LLP, ATTORNEYS,
     ATTORNEYS AT LAW
   WASHINGTON, D.C. 20037

SERIAL NUMBER: 07768870                FILING DATE: 10/31/1991
PATENT NUMBER: 5270000                 ISSUE DATE: 12/14/1993
TITLE: APPARATUS AND PROCESS FOR TREATING MEDICAL HAZARDOUS WASTES

014725/0754 PAGE 2

MARCUS KIRK, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

Form PTO-1595
(Rev 10/02)
OMB No. 0651-0027 (exp. 6/30/2005)

RECORDATION FORM COVER SHEET

U.S. DEPARTMENT OF COMMERCE
U.S. Patent and Trademark Office

102612814

Tab settings ⇨ ⇨ ⇨ ▼ ▼ ▼ ▼ ▼

To the Honorable Commissioner of Patents and Trademarks: Please Record the attached original documents or copy thereof.

| 1. Name of conveying party(ies):<br>PLATINUM FUNDING CORP.<br>a New Jersey Corporation<br>Two University Plaza<br>Hackensack, NJ 07601<br><br>Additional name of conveying party(ies) attached? ☐ Yes ☒ No | 2. Name and address of receiving party(ies)<br><br>Name: SANITEC INDUSTRIES, INC.<br>Internal Address: a California Corporation<br>c/o Richard J. Oparil, Esq.<br>Patton Boggs, LLP, Attorneys, Attorneys at Law<br>Street Address: 2550 M. Street, NW |
|---|---|
| 3. Nature of conveyance:<br>☐ Assignment    ☐ Merger<br>☐ Security Agreement    ☐ Change of Name<br>☒ Other: Assignment of Factoring Agreements and Security Agreements (2 pages)<br>Execution Date: November 24, 2003 | City: Washington    State: DC    Zip: 20037<br><br>Additional Name(s) & address(es) attached? ☐ Yes ☒ No |

11/26/03

4. Application number(s) or patent number(s):

If this document is being filed together with a new application, the execution date of the application is: _____

A. Patent Application No.(s)

B. Patent No.(s)
5,270,000

Additional numbers attached? ☐ Yes ☒ No

| 5. Name and address of party to whom correspondence concerning this document should be mailed:<br>Name: PATTON BOGGS, LLP<br>Internal Address:_____<br><br>Street Address: 8484 Westpark Drive, 9th Floor<br>City: McLean    State: VA    Zip: 22102 | 6. Total number of applications and patents involved: One (1)<br><br>7. Total fee (37 CFR 3.41) . . . . . . . $ 40.00<br>☒ Enclosed<br>☐ Authorized to be charged to deposit account<br><br>8. Deposit account number:<br>50-2228<br><br>(Attach duplicate copy of this page if paying by deposit account) |
|---|---|

DO NOT USE THIS SPACE

9. Statement and signature.

To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

Jennifer L. King, Reg. No. 46,828 _____ 26 Nov 2003
Name of Person Signing    Signature    Date

Total number of pages including cover sheet, attachments, and documents: _____

Mail documents to be recorded with required cover sheet information to:
Commissioner of Patents & Trademarks, Box Assignments
Washington, D.C. 20231

12/01/2003 BTON11 00000035 5270000
01 FC:8021    40.00 OP

## ASSIGNMENT AGREEMENT

Assignment Agreement made this 24th day of November, 2003, by and between Platinum Funding Corp., a New Jersey corporation (the "Assignor") and Sanitec Industries, Inc., a California corporation (the "Assignee").

WITNESSETH:

WHEREAS, the Assignor has advanced monies to Sanitec Ltd., a Delaware corporation and Sanitec Group, LLC, a Delaware Limited Liability Company (collectively hereinafter referred to as the "Company") pursuant to the terms of the various Factoring Agreements dated as of June 5, 2001 and March 1, 2002 by and between Assignor and the Company (collectively hereinafter referred to as the "Factoring Agreement"); and

WHEREAS, pursuant to the Factoring Agreement, there are outstanding amounts due to the Assignor (the "Company Obligation"); and

WHEREAS, the Company Obligation is secured pursuant to that certain Factoring Agreement and the Security Agreements by and between Company and the Assignor; and

WHEREAS, the Assignor and the Assignee have reached an agreement pursuant to which the Assignor will sell, without recourse, to the Assignee and the Assignee will purchase from the Assignor all right, title, and interest in the rights under the Factoring Agreement and the Security Agreements and all related documents, together with all of Assignor's interest in all collateral therefore and guaranties thereof.

NOW, THEREFORE, in consideration of the premises and mutual covenants herein contained, the parties agree as follows:

1. **Payment.** In consideration of the Assignor's agreement to transfer the property described in Section 2 hereof to the Assignee, the Assignee agrees to pay to the Assignor on or before November 26, 2003 (the "Closing Date") the sum of $88,462.48, representing the outstanding balance plus accrued fees and all other amounts due under the Factoring Agreement (the "Payoff").

2. **Assignment.** In consideration of Assignee's payment as set forth in Section 1 hereof, the Assignor agrees to, and by execution of this Agreement hereby does assign to Assignee, without recourse, all right, title and interest in all rights under the Factoring Agreement and the Security Agreements and all of the collateral pledged to the Assignor thereunder and all U.C.C. financing statements on file with respect thereto. The Assignor agrees to authorize Assignee to file the U.C.C. financing statements in favor of Assignee.

3. **Representations of Assignor.** The Assignor makes no representations or warranties with respect to the rights, agreements and certificates assigned hereunder, except that the Assignor has not previously assigned any interest therein to any other party and that all the obligations of the Company to Assignor will be fully satisfied upon Assignor's receipt of the sum set forth in Section 1 above. The Assignor makes no warranties or representations as to the priority of the security interest assigned hereunder.

4. **Further Assurances.** The Assignor hereby agrees to execute and deliver, without additional consideration, all such further instruments, assignments and documents of transfer as may be reasonably requested by Assignee to better protect the negotiation, assignment and transfer of the Factoring Agreement and the other documents to Assignee hereunder.

5. **Miscellaneous.** This Agreement sets forth the entire agreement of the parties with respect to the subject matter hereof and supersedes all prior or contemporaneous agreements, oral or written, and all negotiations and understandings in connection therewith. This Agreement may not be amended except in a written instrument executed by each of the parties hereto. This Agreement may not be assigned by either party without the written consent of the other party. This Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective heirs, successors and permitted assigns. This Agreement shall be governed by the laws of the State of New Jersey. This Agreement may be signed in original or telecopied counterparts, each of which shall be considered an original.

IN WITNESS WHEREOF, the parties have executed this Agreement on the date first above written.

PLATINUM FUNDING CORP. (Assignor)

By: _____
    Mark D. Weinberg, President

SANITEC INDUSTRIES, INC. (Assignee)

By: _____
    James L. Harkess, President

2