**RECEIVED**

OCT - 1 2004

**JAMES BONINI, Clerk**
**CINCINNATI, OHIO**

```
MIME-Version:1.0
From:cmecfhelpdesk@ohsd.uscourts.gov
To:ecf.notification@ohsd.uscourts.gov
Bcc:barbara_crum@ohsd.uscourts.gov,arthur_hill@ohsd.uscourts.gov,dmakee@mcdonaldhopk
Message-Id:<387078@ohsd.uscourts.gov>
Subject:Activity in Case 1:02-cv-00132-SSB-TSH Finch, et al v. Fiorini, et al "Notic
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## Southern District of Ohio

Notice of Electronic Filing

The following transaction was received from mb, entered on 9/27/2004 at 4:05 PM EDT and filed on 9/27/2004

**Case Name:**        Finch, et al v. Fiorini, et al
**Case Number:**      1:02-cv-132
**Filer:**
**Document Number:**

**Docket Text:**
NOTICE by clerk: Do to this Court's current criminal calendar, the Final Pretrial/Settlement Conference is RESCHEDULED from 11/19/04 TO 11/15/04 at 9:00 AM. (mb)

The following document(s) are associated with this transaction:

**1:02-cv-132 Notice will be electronically mailed to:**

Patrick John Hanley     p.hanley@worldnet.att.net

Dan L Makee     dmakee@mcdonaldhopkins.com, lpiazza@mcdonaldhopkins.com

Richard J Oparil     roparil@pattonboggs.com,

Scott D Simpkins     sdsimp@climacolaw.com,

**1:02-cv-132 Notice will not be electronically mailed to:**

George - Fiorini
The Fiorini Agency
7641 Wesselman Road
Cleves, OH 45001

John Paul Scahill



OFFICE OF THE CLERK
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM #324
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS