```
MIME-Version:1.0
From:cmecfhelpdesk@ohsd.uscourts.gov
To:ecf.notification@ohsd.uscourts.gov
Bcc:barbara_crum@ohsd.uscourts.gov,arthur_hill@ohsd.uscourts.gov,laura_wilson@ohsd.u
Message-Id:<418485@ohsd.uscourts.gov>
Subject:Activity in Case 1:02-cv-00132-SSB-TSH Finch, et al v. Fiorini, et al "Order
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS***You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**Southern District of Ohio**

RECEIVED
OCT 27 2004
JAMES BONINI, Clerk
CINCINNATI, OHIO

Notice of Electronic Filing

The following transaction was received from mb, entered on 10/25/2004 at 9:11 AM EDT and filed on 10/25/2004

**Case Name:** Finch, et al v. Fiorini, et al
**Case Number:** 1:02-cv-132
**Filer:**
**Document Number:** 113

**Docket Text:**
ORDER granting [108] Sanitec Industries, Inc's Motion to Intervene for a limited purpose. Signed by Judge Sandra S Beckwith on 10/25/04. (mb)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=10/25/2004] [FileNumber=418483-0
] [a2d3d44cd733d66a64dbeb8a3a97533f5723863b3d4d7cb9e6d99bf1aeb3faac2c8
9dc10bf89078b1e6db8809a8d5eac75f06b956c7778854336012f5a6031f2]]

**1:02-cv-132 Notice will be electronically mailed to:**

Patrick John Hanley   p.hanley@worldnet.att.net

Dan L Makee   dmakee@mcdonaldhopkins.com, lpiazza@mcdonaldhopkins.com

Richard J Oparil   roparil@pattonboggs.com,

Scott D Simpkins   sdsimp@climacolaw.com,

**1:02-cv-132 Notice will not be electronically mailed to:**

