## Notices

1:02-cv-00132-SSB-TSH Finch, et al v. Fiorini, et al

**RECEIVED**

U.S. District Court

OCT 2 7 2004

Southern District of Ohio

**JAMES BONINI, Clerk**
CINCINNATI, OHIO

Notice of Electronic Filing

The following transaction was received from mb, entered on 10/25/2004 at 11:14 AM EDT and filed on 10/25/2004

**Case Name:**        Finch, et al v. Fiorini, et al
**Case Number:**      1:02-cv-132
**Filer:**
**Document Number:**

**Docket Text:**
NOTICE by clerk: Due to this Court's criminal calendar, the Final Pretrial/Settlement Conference is RESCHEDULED from 9:00 AM on November 15, 2004 to 4:30 PM. (mb)

The following document(s) are associated with this transaction:

**1:02-cv-132 Notice will be electronically mailed to:**

Patrick John Hanley    p.hanley@worldnet.att.net

Dan L Makee    dmakee@mcdonaldhopkins.com, lpiazza@mcdonaldhopkins.com

Richard J Oparil    roparil@pattonboggs.com,

Scott D Simpkins    sdsimp@climacolaw.com,

**1:02-cv-132 Notice will not be electronically mailed to:**

George - Fiorini
The Fiorini Agency
7641 Wesselman Road
Cleves, OH 45001

John Paul Scahill
830 Main Street
Suite 1115
Cincinnati, OH 45202

William Bernard Singer
1 Lytle Place
621 E Mehring Way
Suite 1609

OFFICE OF THE CLERK
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM #324
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS

Stephen R. Ventre
3940 Olympic Bldg., Suite 400
Erlanger, KY 41018

RETURN TO SENDER
NO LONGER AT THIS ADDRESS