UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | | |
|---|---|---|
| MILDRED W FINCH et. al. Individually and as representatives of a class consisting of all persons who at various times purchased through the Defendant George Fiorini and others promissory notes issued by Standard Trust or Guardian Investments LLC | : : : : : : | Case No. C-1-02-132 ( Judge Beckwith) |
| Plaintiffs | : | |
| VS | : : | STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| GEORGE FIORINI, DBA THE FIORINI AGENCY, et. al. | : : | |
| Defendants | | |

It is hereby stipulated between counsel for the Plaintiffs and counsel for the only defendants to appear in this case, Steven Ventre and Guardian Investments LLC, that this action may be dismissed without prejudice, with costs to be taxed to the Plaintiffs. The purpose of this stipulation is to hold this action in abeyance until the outcome of certain litigation in California state courts concerning ownership and control of Sanitec Ltd., a defendant in this cause: the outcome of which litigation will affect the viability of a settlement offer which has been made by persons who claim ownership and control of Sanitec Ltd. It is futher hereby stipulated that, in the event it becomes necessary to re-file this action, such re-filed action will be considered as having been filed on the date this action was first filed, February 25, 2002.

SO STIPULATED:

_____
William B. Singer (0019323)
Trial Attorney for Plaintiff
621 E. Mehring Way, #1609
Cincinnati, Ohio 45202
(513) 721-0778

_____
Patrick J. Hanley, Esq.
Trial Attorney for Defendant's Steven Ventre
and Guardian Investments LLC.
214 E. 4th Street
Covington, KY
(859) 431-7077

CERTIFICATE OF SERVICE

    I certify that copies of the foregoing stipulation was served by ordinary mail upon George Fiorini, 7641 Wesselman Road, Cleves, Ohio 45001, Patrick J. Hanley, Esq., 214 E. 4th Street, Covington, KY 41011 attorney for Steven R. Ventre, and Guardian Investments LLC, on Richard Oparil, Esq., attorney of record for Sanitec Ltd., Patton Boggs LLP, 2250 M. Street, NW, Suite 500, Washington DC, 20037-1350 and Steven J. Miller, Esq., Goodman Weiss Miller, LLP, 100 Erieview Plaza, 27th floor, Cleveland, Ohio 44114-1824 attorney for defedandant Sanitec Ltd. on the _____ day of _____ 2004.